AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09 & 4/14) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED BY MAIL
DEC 14 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Mario Ferbo Mancini - Pro se )
*Plaintiff/Petitioner* )
v. ) Civil Action No.
Federal Bureau of Prisons and Named Employees )
*Defendant/Respondent* ) 20-cv-2532 ECT/DTS

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Mario Mancini*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: December 10, 2020

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 140.00 | $ NA | $ 190.00 | $ NA |
| Self-employment | $ 0 | $ NA | $ 0 | $ NA |
| Income from real property *(such as rental income)* | $ 0 | $ NA | $ 0 | $ NA |
| Interest and dividends | $ 0 | $ NA | $ 0 | $ NA |
| Gifts | $ 0 | $ NA | $ 0 | $ NA |
| Alimony | $ 0 | $ NA | $ 0 | $ NA |
| Child support | $ 0 | $ NA | $ 0 | $ NA |

SCANNED
DEC 14 2020
U.S. DISTRICT COURT MPLS

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ NA | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ NA | $ | $ | $ |
| Unemployment payments | $ NA | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ NA | $ | $ | $ |
| Other *(specify):* | $ NA | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unicor | Po Box 1000 Sandstone MN | June 2014 - Present | $ 190.00 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ $2,200

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must have an authorized prison official complete the Certificate of Authorized Prison Official provided on Page 6 of this application. The certificate must be filed with this application.

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0 |
| Other real estate *(Value)* | $ 0 |
| Motor vehicle #*1* *(Value)* | $ 0 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #*2* *(Value)* | $ 0 |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ 0 |
| Other assets *(Value)* | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NA | | |
| | | |
| | | |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 0 | $ NA |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0 | $ |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 5.00 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation *(not including motor vehicle payments)* | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ NA | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ NA | $ |
| Installment payments | | |
|     Motor vehicle: | $ NA | $ |
|     Credit card *(name)*: | $ NA | $ |
|     Department store *(name)*: | $ NA | $ |
|     Other: | $ NA | $ |
| Alimony, maintenance, and support paid to others | $ NA | $ |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ NA | $ |
| Other *(specify):* | $ NA | $ |
| Total monthly expenses: | $ 0   0.00 | $   0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much?  $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?   ☒ Yes   ☐ No

    If yes, how much?  $ 4,320.00
    If yes, state the person's name, address, and telephone number:
    American Medical Experts
    25448 Fritz Ct.
    Aldie, VA  20105
    #703-795-2115  Jessica LaVelle

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    $1,025.00 was the first payment, which has been paid.
    The remainder is due upon receipt of the medical experts Affidavit of Merit.  The remaining balance is $3,295.00, for a total of $4,320.00
    I will have $0.00 after final payment of $3,295.00.

13. Identify the city and state of your legal residence.

    Sandstone, Minnesota

    Your daytime phone number:   NA

    Your age: 48   Your years of schooling:   K-12

**Prisoners:** The following Certificate page *must* be completed by an authorized prison official and provided with this application.

12-10-20   Mario Mancini

The following Certificate of Authorized Prison Official must be completed and filed with a prisoner's Application to Proceed without Prepayment of Fees and Affidavit for all incarcerated applicants. *See* 28 U.S.C. § 1915(a)(2) (a prisoner who applies to proceed without prepayment of fees must provide a certified copy of the trust fund account statement "obtained from the appropriate official of each prison at which the prisoner is or was confined"). The information provided below will be used by the Court in determining the proper initial partial filing fee as defined under 28 U.S.C. § 1915(b).

## CERTIFICATE of AUTHORIZED PRISON OFFICIAL

I, __F. Hall   Trust Fund Specialist__, certify that the incarcerated applicant __Marlo Mancini__ (name of applicant) has the sum of $ __2,614.00__ on account to his/her credit at __FCI-Sandstone__ (name of institution). I further certify that the applicant named herein has the following securities to his/her credit:

_____

_____

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the applicant's trust fund prison account was $ ~~2,665.05~~ __error FH__ __665.29__ and the average monthly balance in the prisoner's account was $ __2,665.05__ .

__11/2/20__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICIAL