Date: 12/15/2020                                                                                         Location: SST
Time: 07:24:00 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 11007041   Inmate Name: MANCINI, MARIO FERBO.   Available Balance: $2,316.97

| Date | Reference # | Transaction Type | Sender Last name | Amount |
| --- | --- | --- | --- | --- |
| 12/15/2020 | 274 | Bills | | -$10.00 |
| 12/15/2020 | 274 | BP 199 Request - Released | | $10.00 |
| 12/15/2020 | 273 | Bills | | -$350.00 |
| 12/15/2020 | 273 | BP 199 Request - Released | | $350.00 |
| 12/10/2020 | 3 | Sales | | -$28.95 |
| 12/08/2020 | WUNI1120 | Centralized Unicor | | $116.70 |
| 12/08/2020 | WUNI1120 | Pre-Release Transaction | | $0.00 |
| 12/05/2020 | TL1205 | TRUL Withdrawal | | -$5.00 |
| 12/03/2020 | 12 | Sales | | -$175.90 |
| 12/01/2020 | 274 | BP 199 Request | | -$10.00 |
| 12/01/2020 | 273 | BP 199 Request | | -$350.00 |
| 11/26/2020 | 107 | BP 199 Request - Released | | $1,025.00 |





Inmate #: 11007041