UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mario Ferbo Mancini,             Case No. 20-cv-2532 (ECT/DTS)

    Plaintiff,

v.                                     **ORDER**

Federal Bureau of Prisons, et al.

    Defendants.

---

IT IS HEREBY ORDERED:

1. The application to proceed *in forma pauperis* of Plaintiff Mario Ferbo Mancini, ECF No. 2, is **GRANTED**.

2. Mancini must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Mancini does not complete and return the Marshal Service Forms within 30 days of this Order's date, the Court will recommend dismissing this matter without prejudice for failure to prosecute. Marshal Service Forms will be provided to Mancini by the Court.

3. The U.S. Marshals Service is directed to effect service of process on the United States of America consistent with Rule 4(i)(1) of the Federal Rules of Civil Procedure.

4. The U.S. Marshals Service is directed to effect service of process on the Federal Bureau of Prisons—as well as Warden Fikes, Dr. Mayer, Heidi Voss, Jenefer Southwick, Nurse Nelson, and Dr. Broadway (in their official capacities with the United States of America)—consistent with Rule 4(i)(2) of the Federal Rules of Civil Procedure.

2

5. The U.S. Marshals Service is directed to effect service of process on Warden Fikes, Dr. Mayer, Heidi Voss, Jenefer Southwick, Nurse Nelson, and Dr. Broadway (all in their individual capacities) consistent with Rule 4(e) of the Federal Rules of Civil Procedure.

Dated: March 22, 2021                           ___s/David T. Schultz_____
                                                DAVID T. SCHULTZ
                                                U.S. Magistrate Judge

2