UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:20-cv-02532-ECT-DTS

MARIO FERBO MANCINI,

    Plaintiff,    **CERTIFICATE OF SERVICE**

v.

FEDERAL BUREAU OF PRISONS; ET AL.,

    Defendants,

I hereby certify that on April 19, 2021 I caused the following documents:

**NOTICE OF APPEARANCE and CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

Mario Mancini
Reg. No. 11007-041
J-Unit
FCI Sandstone
PO Box 1000
Sandstone, MN 55072

    *s/ David W. Fuller*
    DAVID W. FULLER
    Assistant U.S. Attorney