# AFFIDAVIT

State of __Minnesota__

County of __Pine__

I, __Mario Ferbo Mancini__, do hereby make the following statements freely:

1. My name is Mario F. Mancini and I am of sound mind, lawful age, and in all other respects competent to make this Affidavit.

2. I am the Plaintif in Case No. 20-cv-2532 ECT/DTS in Federal District Court in the District of Minnesota and I am acting pro se.

3. Pursuant to Minn. Stat. Section 145.682, subdivision 3 and the Federal Rules of Civil Procedure, I state that a qualified healthcare medical professional, who is board certified Doctor of Neurology has concluded that the named medical professionals deviated from the applicable standard of care, and by that action caused me injury.

4. Upon commencement of Discovery, Plaintiff will provide said documentation as per law.

5. Further Affiant sayeth not.

*RECEIVED BY MAIL AUG 13 2021 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA*

I have read the foregoing Statement on this one page and swear under penalty of perjury that it is true and correct to the best of my knowledge.

Name: __Mario Ferbo Mancini__
Signed: __Mario Mancini__
Dated: __August 8th, 2021__

*SCANNED AUG 13 2021 U.S. DISTRICT COURT MPLS*