Exhibit A

CR 03-108 DWF

Mario Mancini 11007-041
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55072

RECEIVED BY MAIL
NOV 30 2020
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court
United States District Court
300 S. Fourth St, Suite 202
MPLS, MN 55415

RECEIVED BY MAIL
SEP 29 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

November 24, 2020

RE: Administrative Claim No. TRT-NCR-2019-06178

Dear Clerk,

Please either construe this as a motion for extension, or as a request.

Due to my entire housing unit having recently contracting Covid-19, being under quarantine and having no access to the law library, I humbly request an extension of time to perfect my civil complaint against the Bureau of Prisons for an Eighth Amendment violation. Against Health Services due to a medical issue I request a 60 day extension, which would be until January 29, 2021.

Mario Mancini
Mario Mancini

SCANNED
SEP 29 2021
U.S. DISTRICT COURT MPLS

SCANNED
NOV 30 2020
U.S. DISTRICT COURT MPLS

COMMITTED NAME: MARIO MANCINI
REG. NO. & QTRS.: 11007-041  A UNT
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL, MN 550
25 NOV 2020 PM 6 L

RECEIVED BY MAIL
NOV 30 2020
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-229799

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CLERK'S OFFICE, U.S. COURTHOUSE
300 SOUTH FOURTH ST, Suite 202
MINNEAPOLIS, MN 55415

SCANNED
NOV 30 2020
U.S. DISTRICT COURT MPLS

Federal Correctional Institution
P.O. Box 1000 Sandstone, MN 55072
DATE: 11-25-20

The enclosed letter was processed through Special Handling procedures for forwarding to you. The letter has neither been opened nor inspected. If it raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

EXHIBIT A2