# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
OCT 07 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Mario Ferbo Mancini, pro se,

Plaintiff(s),

vs.

United States of America.

Defendant(s).

Case No. 20-cv-2532(ECT/DTS)

PLAINTIFF'S FIFTH SET OF REQUESTS FOR PRODUCTION DOCUMENTS



SCANNED
OCT 07 2022
U.S. DISTRICT COURT MPLS

1. The business contract that was in place between FCI Sandstone and St. Mary's (Essentia Health), Duluth Minnesota between the dates of July 1, 2017 and January 1, 2018. If there were more then one contract for FCI Sandstone patient service contracts between those dates, provide all contracts.

2. Provide a document stating the FCI Sandstone third party contracting service used between the dates of July 1, 2017 and January 1, 2018 for the medical sub-contractor for FCI Sandstone medical doctors who were employed.

3. Provide the missing discovery requested documents marked USA 1771 through 2399, and 2512 through 2521. These documents were not in the discovery that the Government provided. Also documents USA 2650 through 2653, which are missing.

4. Emails, letters, any other form of document between Paul T. Harvey and any FCI Sandstone staff member concerning or relating to the Plaintiff between July 1, 2017 and October 4, 2022, that have not been provided.

5. Produce any and all documents pertaing to Plaintiff's 9/23/2022 Medical examination at FCI Sandstone, along with staff email with defense counsel.

(1)

6. A copy of any audio/visual production that was created on 9/23/2022 at FCI Sandstone in the Health Services building during the hours of 9:00 a.m. through 10:30 a.m. This would be the the medical exam of Plaintiff conducted by Jenefir Kendal-Thomas MD.

This request is not all inclusive and a reminder to continually update these and all document requests from the Plaintiff, which is your obligation.

Respectfully submitted,

*Mario F. Mancini*

Mario F. Mancini 11007-041

Dated: October 4, 2022