# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mario Ferbo Mancini, | Case No. 20-cv-2532 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

Plaintiff Mario Ferbo Mancini moved for reconsideration of the Court's September 20, 2022 Order [Dkt. No. 97] denying his motion to amend and supplement his amended complaint. Dkt. No. 99. He also filed a memorandum and a letter to the Court. Dkt. Nos. 100, 101.

District of Minnesota Local Rule 7.1(j) prohibits filing a motion for reconsideration without permission from the Court. To receive permission, a party must show "compelling circumstances." *Id.* Mancini has not sought permission to file the pending motion for reconsideration. Even if the Court liberally construes his *pro se* filings as a request for permission to file a motion for reconsideration, Mancini has not shown the compelling circumstances necessary to seek reconsideration under Local Rule 7.1(j). Therefore, the Court denies Mancini's motion.

**IT IS HEREBY ORDERED** that Plaintiff Mario Ferbo Mancini's motion for reconsideration [Dkt. No. 99] is **DENIED**.

Dated: October 7, 2022         s/ David T. Schultz
                               DAVID T. SCHULTZ
                               U.S. Magistrate Judge