Mario Mancini
P.O. BOX 1000
Sandstone, MN 55072

United States District Court
U.S. Magistrate Judge Schultz
300 S. 4TH St.
Mpls, MN 55415

RECEIVED BY MAIL
NOV 03 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America
AUSA - David W. Fuller
AUSA - Lucas B. Draisey

SCANNED
NOV 03 2022
U.S. DISTRICT COURT MPLS

October 31, 2022

RE: Mancini v. United States of America
    20-cv-2532 (ECT/DTS)

Dear Judge, Schultz, and Mr. Fuller, Mr. Draisey,

On October 24, 2022 I received the Governments 10/21/2022 letter asking for cooperation in extending all scheduling order dates, which I agreed and signed letter to the Court. I then received the Governments opposition motion to Plaintiffs motion to compel dates 10/26/2022.

had I known the Government would oppose and previously asked to leave the November 28TH date for written discovery in place, I would not have agreed. I would like to rescind my agreement for the 11/28/2022 discovery deadline since the government is in opposition to the Rule 30 deposition.

Respectfully,

*Mario Mancini*
MARIO MANCINI