**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mario Ferbo Mancini, | Case No. 20-cv-2532 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, | |
| Defendant. | |

Plaintiff Mancini filed a letter dated October 31, 2022, which was received by the Court and docketed on November 3, 2022, seeking to rescind his prior agreement to stipulate to an extension of the scheduling order. Letter, Dkt. No. 136. Mancini states he would not have agreed to extend the deadlines if he had known Defendant was going to oppose his separate motion to compel certain Rule 30(b)(6) deposition topics. *Id.* The Court finds this reason is not a sufficient basis to un-do the stipulation, and therefore denies Mancini's request.

**IT IS HEREBY ORDERED** that Plaintiff Mancini's letter request [Dkt. No. 136] is **DENIED**.

Dated: November 4, 2022

    s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge