UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mario Ferbo Mancini<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Prisons, et al.,<br><br>　　　　　　Defendant. | Case No. 20-cv-2532 (ECT/DTS)<br><br>**PROPOSED THIRD AMENDED SCHEDULING ORDER** |

Pursuant to the Stipulation and Agreement between the parties, IT IS HEREBY ORDERED that the Second Amended Pretrial Scheduling Order is further amended as follows:

| | Previous Deadline | New Deadline |
|---|---|---|
| Written Discovery | November 28, 2022 | February 27, 2023 |
| Written Expert Disclosures | December 16, 2022 | March 16, 2023 |
| Fact and Expert Discovery | January 27, 2023 | April 27, 2023 |
| Non-Dispositive Motions | February 24, 2023 | February 24, 2023 |
| Dispositive Motions | March 24, 2023 | March 24, 2023 |

| Trial Ready Date | June 24, 2023 | June 24, 2023 |

Dated: _____            _____
                                                                                        DAVID T. SCHULTZ
                                                                                        U.S. Magistrate Judge