UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-02532-ECT-DTS

MARIO FERBO MANCINI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY

Defendant moves the Court for an order granting summary judgment under Federal Rules of Civil Procedure 56 and an order to exclude expert testimony under Federal Rules of Evidence 702. This motion is based on the accompanying brief, as well as the pleadings, discovery responses, declarations, exhibits, and the other documents on file and to be filed, and the entire record of proceedings herein.

*[Signature on following page]*

Dated:  July 24, 2023	Respectfully submitted,
ANDREW M. LUGER
United States Attorney

*s/ Lucas B. Draisey*

BY:  DAVID W. FULLER
Assistant U.S. Attorney
Attorney ID Number 390922

LUCAS B. DRAISEY
Assistant U.S. Attorney
Attorney ID Number 0401625
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: David.Fuller@usdoj.gov
Email: Lucas.Draisey@usdoj.gov