**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #:  11007-041 |
| Date of Birth: | 02/23/1972 | Sex:  M   Race:  WHITE | Facility:  SST |
| Encounter Date: | 11/30/2017 15:54 | Provider:  Harris, Jennifer RN | Unit:  K15 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Harris, Jennifer RN

**Chief Complaint:** Post-operative Eval
**Subjective:** "they told me I can wear it as needed" Referring to soft neck brace. Inmate returned from C5-6/6-7 anterior cervical discectomy and fusion. Denies pain at present.
**Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/30/2017 | 16:03 SST | 97.4 | 36.3 | | Harris, Jennifer RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/30/2017 | 16:03 SST | 97 | | | Harris, Jennifer RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/30/2017 | 16:03 SST | 16 | Harris, Jennifer RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/30/2017 | 16:03 SST | 112/96 | | | | Harris, Jennifer RN |

**Comments**
Approximately 6 cm incision dried blood no redness or evidence of infection, front of neck. Went through all discharge instructions, especially no jarring, rough activity, lifting more than 5 lbs, walk and positional changes. No NSAIDS, aware to inform any change in status immediately. Will report to Health Services in am to see midlevel.

**ASSESSMENT:**

Other

**PLAN:**

**Disposition:**
To be Evaluated by Provider
Return Immediately if Condition Worsens

**Other:**
BM this am, reports glasses lost

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

GOVERNMENT
EXHIBIT
**2**
20-CV-2532 (ECT/DTS)

USA_000401

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|

Inmate Name:   MANCINI, MARIO FERBO
Date of Birth:   02/23/1972
Encounter Date:   11/30/2017 15:54

Sex:      M     Race:   WHITE
Provider:   Harris, Jennifer RN

Reg #:      11007-041
Facility:   SST
Unit:       K15

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/30/2017 | Counseling | Access to Care | Harris, Jennifer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No


Completed by Harris, Jennifer RN on 11/30/2017 16:18

Requested to be cosigned by  Harvey, Paul MD, RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Bennett, Pete FNP-C.

Review documentation will be displayed on the following page.

USA_000402

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/30/2017 15:54 | Provider: | Harris, Jennifer RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 11/30/2017 17:34.**

USA_000403

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/30/2017 15:54 | Provider: | Harris, Jennifer RN | Facility: | SST |

**Reviewed by Bennett, Pete FNP-C on 12/01/2017 07:56.**

USA_000404

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | SST |
| Note Date: | 11/30/2017 12:39 | Provider: Southwick, Jenefer PA-C | Unit: | Z01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Southwick, Jenefer PA-C

       Discharging from hospital today.  Received faxed recommendations.  Pt still not back but will place orders.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen 325 MG Tablet | 11/30/2017 12:39 | 325mg take 2 tabs Orally  -  Two Times a Day x 3 day(s) |

    **Indication:** Neck pain, cervicalgia
    **Start Now:** Yes
      **Night Stock Rx#:** 380656-rch
      **Source:** Night Stock
      **Admin Method:** Self Administration
      **Stop Date:** 12/03/2017 12:38
      **MAR Label:** day(s)
      **One Time Dose Given:** No

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 11/30/2017 12:39 | 300/30 take 2 tabs Orally  -  Two Times a Day x 3 day(s) Pill Line Only |

    **Indication:** Neck pain, cervicalgia
    **Start Now:** Yes
      **Night Stock Rx#:**
      **Source:** Sub Stock Location
      **Admin Method:** Pill Line
      **Stop Date:** 12/03/2017 12:38
      **MAR Label:** 300/30 take 2 tabs Orally  -  Two Times a Day x 3 day(s) Pill Line Only
      **One Time Dose Given:** No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | | | |

USA_000405

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M    Race:WHITE | Facility: | SST |
| Note Date: | 11/30/2017 12:39 | Provider: | Southwick, Jenefer PA-C | Unit: | Z01 |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| 393558-RCH | Ibuprofen 800 MG Tab | 11/30/2017 12:39 | Take one tablet (800 MG) by mouth three times daily with food -- o/r |

**Discontinue Type:**    *Immediate*
**Discontinue Reason:** *discontinue*
**Indication:**

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes     **By:**  Harvey, Paul MD, RMD
**Telephone or Verbal order read back and verified.**


Completed by Southwick, Jenefer PA-C on 11/30/2017 12:52
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000406

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/30/2017 12:39 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 11/30/2017 13:01.**

USA_000407

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 11/29/2017 12:28 | Provider: | Southwick, Jenefer PA-C | Unit: | Z01 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Southwick, Jenefer PA-C

        Call from NP from 8E.  Pt having issues with swallowing from ET tube irritation and still having bowel issues so will be keeping him another night.  IV decadron ordered.

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Southwick, Jenefer PA-C on 11/29/2017 12:34

USA_000408

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 11/28/2017 12:52 | Provider: | Southwick, Jenefer PA-C | Unit: | Z01 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Southwick, Jenefer PA-C

Spoke with nursing on 8E Essentia Duluth for report.  Pt is doing as they expect for POD#1 and doing fine. He c/o sore throat from ET tube and some localized discomfort from manipulation during surgery.  Currently on scheduled Tylenol and Oxycodone and Robaxin prn.  Plan today is wean off Oxycodone and nurse believes he will be released without orders for Robaxin.  Plan to d/c tomorrow pending continued stability.  No NSAIDS for 3 months post op.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Southwick, Jenefer PA-C on 11/28/2017 12:56
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000409

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/28/2017 12:52 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 11/28/2017 15:13.**

USA_000410

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: | 11/22/2017 13:09 | Provider: Southwick, Jenefer PA-C | Unit: K15 |

Mid Level Provider - Preoperative Note encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1**     **Provider:** Southwick, Jenefer PA-C

   **Chief Complaint:** Pre-operative Eval
   **Subjective:**    Pt scheduled for preop H&P for cervical discectomy for symptoms of weakness in triceps and chest.

             Pt has orders for Ibuprofen but hasn't taken in awhile (using Tylenol if needed)
             Allergies: PCN hives

             Prior surgeries: right knee arthroscopic, ORIF jaw fracture

             anesthesia reactions: denies
             bleeding issues: denies
             denies family hx of bleeding issues or anesthesia reactions.
   **Pain:**        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 11/22/2017 | 13:12 SST | | 98.7 | 37.1 | | Southwick, Jenefer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/22/2017 | 13:12 SST | 77 | | | Southwick, Jenefer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/22/2017 | 13:12 SST | 14 | Southwick, Jenefer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/22/2017 | 13:12 SST | 130/68 | | | | Southwick, Jenefer PA-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 11/22/2017 | 13:12 SST | 68.0 | 172.7 | Southwick, Jenefer PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/22/2017 | 13:12 SST | 245.0 | 111.1 | | Southwick, Jenefer PA-C |

**Exam:**
   **Eyes**
      **Conjunctiva and Sclera**
         Yes: Within Normal Limits

   **Ears**

USA_000411

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | SST |
| Encounter Date: | 11/22/2017 13:09 | Provider: Southwick, Jenefer PA-C | Unit: | K15 |

**Exam:**

**Tympanic Membrane**
Yes: Within Normal Limits

**Canal**
Yes: Within Normal Limits

**Nose**
**General**
Yes: Nares Patent, Septum Intact
No: Congestion

**Mouth**
**Pharynx**
Yes: Within Normal Limits, Uvula Midline
No: Inflammation, Tonsilar Exudate, Erythema

**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR)

**Neurologic**
**Coordination - Gait**
Yes: Normal Gait

**DTR Biceps C5/C6**
Yes: 2+ Normal Reflex

**DTR Brachioradialis C5/C6**
Yes: 2+ Normal Reflex

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
clear for anesthesia.  avoid NSAIDS pre surgery.  Did discuss discontinuation of Elavil as was non compliant and he agreed he no longer needed medication.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/22/2017 | Counseling | Pre-op Instructions | Southwick, Jenefer | Verbalizes Understanding |

USA_000412

| | | | | |
|---|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M | Race: WHITE | Facility: | SST |
| Encounter Date: 11/22/2017 13:09 | Provider: Southwick, Jenefer PA-C | | Unit: | K15 |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No


Completed by Southwick, Jenefer PA-C on 11/22/2017 13:21

Requested to be cosigned by  Harvey, Paul MD, RMD.

Cosign documentation will be displayed on the following page.

USA_000413

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/22/2017 13:09 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 11/22/2017 13:44.**

USA_000414

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 11/09/2017 12:33 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Southwick, Jenefer PA-C

        Pt has been non compliant with Elavil so will d/c.  He reported pain is gone, awaiting surgery appointment.

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| *386472-RCH* | *Amitriptyline  75 MG Tab* | *11/09/2017 12:33* | *Take one tablet (75 MG) by mouth each evening* |

        **Discontinue Type:**    *Immediate*
        **Discontinue Reason:** *Non-compliant*
        **Indication:**

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Southwick, Jenefer PA-C on 11/09/2017 12:35
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000415

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/09/2017 12:33 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 11/09/2017 12:43.**

USA_000416

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  MANCINI, MARIO FERBO | | Reg #:    11007-041 |
| Date of Birth:  02/23/1972 | Sex:     M    Race:   WHITE | Facility:  SST |
| Encounter Date:  10/17/2017 13:05 | Provider:  Southwick, Jenefer PA-C | Unit:     K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1       Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** No Complaint(s)

**Subjective:**     Pt seen to renew medications.  Is in CCC and has medications that are due to expire.  Pt reports no issues, is compliant with medication and has supply to last until new order arrives. Orders written for renewal pending f/u with MD.

**Pain:**            Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Enthesopathy of knee, unspecified, 726.60 - Current

Neck pain, cervicalgia, 723.1 - Current

Nerve pain, neuralgia neuritis,  radiculitis, 729.2 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 384704-RCH | Ibuprofen 800 MG Tab | 10/17/2017 13:05 | Take one tablet (800 MG) by mouth three times daily with food -- o/r x 180 day(s) |

       **Indication:** Nerve pain, neuralgia neuritis,  radiculitis

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

med renewed, instructed to return to 11a-12pm pill line in 2-3 business days to pick up medication.  Continue dose as ordered.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/17/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

USA_000417

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | SST |
| Encounter Date: | 10/17/2017 13:05 | Provider: Southwick, Jenefer PA-C | Unit: | K15 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No


Completed by Southwick, Jenefer PA-C on 10/17/2017 13:18
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000418

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/17/2017 13:05 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 10/17/2017 13:45.**

USA_000419

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | SST |
| Encounter Date: | 10/12/2017 09:48 | Provider: Southwick, Jenefer PA-C | Unit: | K15 |

Mid Level Provider - Preoperative Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** Neuropathy - Tingling/Numbness of Extremity(ies)

**Subjective:**      Pt seen for preop H&P.  Reports no pain.  Stopped taking Elavil about 2 weeks ago.  Only complaint is weakness in tricep and numbness in right index finger.

Prescribed Elavil 75mg however has not taken in 2 weeks.
Allergy to PCN with hives
Denies family or personal history of anesthesia reactions or bleeding problems.

PMH benign except for long standing h/o neck pain

**Pain:**          Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/12/2017 | 09:50 SST | 97.5 | 36.4 | | Southwick, Jenefer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/12/2017 | 09:50 SST | 81 | | | Southwick, Jenefer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/12/2017 | 09:50 SST | 16 | Southwick, Jenefer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/12/2017 | 09:50 SST | 135/77 | | | | Southwick, Jenefer PA-C |

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Head**
**General**
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic
**Eyes**
**General**
Yes: PERRLA
**Ears**

USA_000420

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex:   M   Race:   WHITE | Facility: | SST |
| Encounter Date: | 10/12/2017 09:48 | Provider:   Southwick, Jenefer PA-C | Unit: | K15 |

**Exam:**

    **Tympanic Membrane**

        Yes: Within Normal Limits L, Tympanosclerosis R

    **Canal**

        Yes: Within Normal Limits

  **Nose**

    **General**

        Yes: Nares Patent, Turbinates Normal, Septum Intact

        No: Congestion

  **Mouth**

    **General**

        Yes: Within Normal Limits

    **Pharynx**

        Yes: Uvula Midline

        No: Inflammation, Tonsilar Exudate, Erythema

  **Neck**

    **General**

        Yes: Within Normal Limits, Supple, Trachea Midline

        No: Lymphadenopathy

  **Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

  **Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

  **Abdomen**

    **Inspection**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Normo-Active Bowel Sounds

    **Palpation**

        Yes: Within Normal Limits, Soft

        No: Guarding, Tenderness on Palpation

**Exam Comments**

grossly normal musculoskeletal exam.  Able to reach hands behind head and back.  Head turn and ear to shoulder equal and normal without reports of pain.

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

Nerve pain, neuralgia neuritis,  radiculitis, 729.2 - Current

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

**Other:**

    no contraindications to anesthesia.  Recent CMP normal.  Reviewed process for surgery.  Instructed to avoid NSAIDS

USA_000421

| | | | |
|---|---|---|---|
| Inmate Name:  MANCINI, MARIO FERBO | | | Reg #:  11007-041 |
| Date of Birth:  02/23/1972 | Sex:  M  Race:  WHITE | | Facility:  SST |
| Encounter Date:  10/12/2017 09:48 | Provider:  Southwick, Jenefer PA-C | | Unit:  K15 |

and ASA for pain control, use only Tylenol until surgery.  Encouraged to have NSAIDS for post op pain control

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/12/2017 | Counseling | Pre-op Instructions | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Southwick, Jenefer PA-C on 10/12/2017 09:56
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000422

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/12/2017 09:48 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 10/12/2017 09:59.**

USA_000423

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 09/22/2017 13:52 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Southwick, Jenefer PA-C
>
> Pt is on high risk medication and due for monitoring labs.  Orders written.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 09/27/2017 00:00 | Routine |

  **Labs requested to be reviewed by:**       Harvey, Paul MD, RMD

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Southwick, Jenefer PA-C on 09/22/2017 13:53

Requested to be cosigned by  Harvey, Paul MD, RMD.

Cosign documentation will be displayed on the following page.

USA_000424

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/22/2017 13:52 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 09/22/2017 14:05.**

USA_000425

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race: WHITE | Facility: | SST |
| Note Date: | 09/19/2017 14:51 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Southwick, Jenefer PA-C

    Pt sent a letter directly to neurosurgeon related to questions he had.  It was brought back to us how they should respond.  Neurosurgeon sent answers along with letter via fax.  Pt scheduled today to review questions.  He again tried to get time and date of appointment which was not provided.

    He was observed rotating head in a circular motion and sitting upright without obvious difficulty.

    Did recommend to patient if he had further questions the quickest way to have them answered was to come through sick call and allow us to answer or get answers if necessary.

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Southwick, Jenefer PA-C on 09/19/2017 14:57
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000426

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/19/2017 14:51 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 09/19/2017 15:31.**

USA_000427

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race: WHITE | Facility: | SST |
| Note Date: | 09/01/2017 14:05 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Southwick, Jenefer PA-C

Reviewed amendment done by neurosurgery group regarding time line of surgery and restrictions.  Discussed with RMD and plan to remain with current restrictions until appointment for surgery is scheduled.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Southwick, Jenefer PA-C on 09/01/2017 14:11

USA_000428

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M  Race: WHITE | Facility: | SST |
| Encounter Date: | 08/31/2017 08:59 | Provider: Southwick, Jenefer PA-C | Unit: | K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** Pain
**Subjective:**     Pt scheduled to review neurosurgery consult.  Disucssed that no time line was recommended
and there fore call placed to get more direct schedule for surgery.  Pt states "he told me I
needed this soon since it's been 52 days".  He also stated he would only be out of work "1
week and could return to my desk job" after surgery.  I have asked for clarification on his
actual job duties at work for after surgery.
**Pain:**          Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

Nerve pain, neuralgia neuritis,  radiculitis, 729.2 - Current

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Neurosurgery | 12/30/2017 | 12/30/2017 | Routine | No | |

    **Subtype:**
        Neurosurgery
    **Reason for Request:**
        SCHEDULE FOR SURGERY FOR anterior cervical fusion of C5/6 to C6/7 due to documented HNP at those
        levels.  Pt seen by neurosurgery for tricep weakness, paresthesias since about mid July.  Initial symptoms
        began late June with no loss of strength or sensation noted until 7/20/17 evaluation.  Awaiting line frame
        from neurosurgery as report not specific

**Disposition:**

Follow-up at Sick Call as Needed
Consultation Written

**Other:**

pt wishes to proceed with surgery therefore will write consult however waiting on time line from neurosurgery group.
Will update MDS to continue current restrictions as they were reported as improving his symptoms as of yesterday on
morning rounds.  Also will attempt to get better idea of exact job duties for after surgery

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

USA_000429

| Inmate Name: | MANCINI, MARIO FERBO | | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: WHITE | Facility: | SST |
| Encounter Date: | 08/31/2017 08:59 | Provider: | Southwick, Jenefer PA-C | | Unit: | K15 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/31/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No


Completed by Southwick, Jenefer PA-C on 08/31/2017 09:28
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000430

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 | |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 08/31/2017 08:59 | Provider: | Southwick, Jenefer PA-C | Facility: | SST | |

**Cosigned by Harvey, Paul MD, RMD on 08/31/2017 09:42.**

USA_000431

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | | Facility: SST |
| Encounter Date: | 08/22/2017 09:42 | Provider: Southwick, Jenefer PA-C | | Unit: K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** Pain
**Subjective:**   Pt requested f/u related to pain in right upper extremity.  Reviewed the process and where we are with regard to scheduling.  With this type of issue the appointment is dependent on review by outside specialty clinic and appointment from them.
**Pain:**   Not Applicable

**OBJECTIVE:**

**Exam Comments**
Pt sat on stool in exam room slumping to left and rubbing his forearm.

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

**PLAN:**

**Other:**
spoke with HSA and MD.  Pt's current job is type setter and works on computer.  Due to continued reports of symptoms and active restrictions of lifting that have not stabilized symptoms, will place to confine to unit with planned f/u in 7-10 days.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/22/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Southwick, Jenefer PA-C on 08/22/2017 10:32
Requested to be cosigned by Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000432

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/22/2017 09:42 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 08/22/2017 11:43.**

USA_000433

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 08/19/2017 10:00 | Provider: | Nelson, Ferrel RN | Unit: | K15 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Nelson, Ferrel RN

      VO/TO received for a one time dose of Toradol 30 mg IM


**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| | Ketorolac Injection 30 MG/ML | 08/19/2017 10:00 | 30 mg Intramuscularly  one time x 1 day(s) Pill Line Only |

        **Start Now:** Yes
        **Night Stock Rx#:**
        **Source:** Night Stock
        **Admin Method:** Pill Line
        **Stop Date:** 08/20/2017 09:59
        **MAR Label:** 30 mg Intramuscularly  one time x 1 day(s) Pill Line Only
        **One Time Dose Given:** No

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**   Yes      **By:**   Harvey, Paul MD, RMD
**Telephone or Verbal order read back and verified.**


Completed by Nelson, Ferrel RN on 08/19/2017 10:06
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Bennett, Pete FNP-C.
Review documentation will be displayed on the following page.

USA_000434

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/19/2017 10:00 | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 08/20/2017 08:36.**

USA_000435

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/19/2017 10:00 | Provider: | Nelson, Ferrel RN | Facility: | SST |

---

**Reviewed by Bennett, Pete FNP-C on 08/21/2017 08:55.**

USA_000436

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: 08/19/2017 08:25 | Provider: Nelson, Ferrel RN | Unit: K15 |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Nelson, Ferrel RN

    **Chief Complaint:** Pain

    **Subjective:**    The pain in my neck is getting to the point that I can not deal with it any more. I was told that I need to wait 1-3 months to be seen by the neurosurgeon. I am loosing strength in my right arm. I can't hold on any more. I get comfort from the pain with my arm wrapped around my head or held across my chest.

    **Pain:**    Yes

    **Pain Assessment**

| | |
|---|---|
| **Date:** | 08/19/2017 08:46 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Shooting |
| **Pain Scale:** | 7 |
| **Intervention:** | Has OTC |
| **Trauma Date/Year:** | 06/28/2017 |
| **Injury:** | |
| **Mechanism:** | I pulled a box out from under my bed and jerked on the box. |
| **Onset:** | 2-6 Months |
| **Duration:** | 2-6 Months |
| **Exacerbating Factors:** | Use and sleeping in the wrong position. |
| **Relieving Factors:** | Arms over head, and to my chest. |
| **Comments:** | Pain varies on quality as well as scale. This am I was a 10 now at 7-8 |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/19/2017 | 08:50 SST | 97.8 | 36.6 | | Nelson, Ferrel RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/19/2017 | 08:50 SST | 76 | | | Nelson, Ferrel RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/19/2017 | 08:50 SST | 16 | Nelson, Ferrel RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/19/2017 | 08:50 SST | 111/76 | | | | Nelson, Ferrel RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/19/2017 | 08:50 SST | 96 | | Nelson, Ferrel RN |

**Exam:**
    **General**

USA_000437

| | | | |
|---|---|---|---|
| Inmate Name:  MANCINI, MARIO FERBO | | Reg #:  11007-041 | |
| Date of Birth:  02/23/1972 | Sex:  M   Race:  WHITE | Facility:  SST | |
| Encounter Date:  08/19/2017 08:25 | Provider:  Nelson, Ferrel RN | Unit:  K15 | |

**Exam:**

### Affect

Yes: Pleasant, Cooperative, Agitated

### Appearance

Yes: Appears Distressed, Alert and Oriented x 3, Appears in Pain

## Skin

### General

Yes: Within Normal Limits

### <u>Comments</u>

Strength to right arm is diminished.

Pain was a 10 this and that is why he sought medical services. He took ibuprofen at about 0400 this am .

During conversation with Pt he expressed frustration with having to wait 1-3 months for a consult and having to deal with this pain on a daily basis. I suggested a referral to psychology to assist with frustration and he refused.

**ASSESSMENT:**

Alteration in comfort

Affect-Other

Frustration and hopelessness.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Pt stated that he will follow up with sick call on Monday.

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 08/19/2017 | Counseling | Plan of Care | Nelson, Ferrel | Verbalizes Understanding |

Do things that will provide ease of pain. Heat, Ice... Bags for ice provided.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Nelson, Ferrel RN on 08/19/2017 09:02

Requested to be cosigned by  Harvey, Paul MD, RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Southwick, Jenefer PA-C.

Review documentation will be displayed on the following page.

USA_000438

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/19/2017 08:25 | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 08/19/2017 09:06.**

USA_000439

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/19/2017 08:25 | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Reviewed by Southwick, Jenefer PA-C on 08/22/2017 17:49.**

USA_000440

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 08/17/2017 10:19 | Provider: | Revier, Jaclyn HIT | Unit: | K15 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**          **Provider:** Revier, Jaclyn HIT

        Received a copy of his 8/07/17 MRI per his 8/14/17 cop out request.  3 pages given.  No problems noted.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Revier, Jaclyn HIT on 08/17/2017 10:20

USA_000441

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 08/11/2017 17:29 | Provider: | Harris, Jennifer RN | Unit: | K15 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**          **Provider:**  Harris, Jennifer RN

        Amitriptyline dose increased with specific directions. Old order did not D/C until pharmacy processes. D/c order to prevent confusion and facilitate new dose delivery

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Harris, Jennifer RN on 08/11/2017 17:40
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

USA_000442

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/11/2017 17:29 | Provider: | Harris, Jennifer RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 08/12/2017 15:14.**

USA_000443

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/11/2017 17:29 | Provider: | Harris, Jennifer RN | Facility: | SST |

**Reviewed by Southwick, Jenefer PA-C on 08/16/2017 14:44.**

USA_000444

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race:  WHITE | Facility: | SST |
| Encounter Date: | 08/11/2017 10:38 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** Pain

**Subjective:**   Pt signed sick call requesting an increase in him Elavil dose awaiting f/u for c/o of pain in right arm.  MRI was completed and discussed with MD.  Plan to refer to neurosurgery.  Discussed with patient plan to increase to 75mg each evening.  Able to split tab therefore will do 1 1/2 tabs until 75mg can arrive.

**Pain:**   Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/11/2017 | 10:41 SST | 88 | | | Southwick, Jenefer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/11/2017 | 10:41 SST | 16 | Southwick, Jenefer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/11/2017 | 10:41 SST | 120/83 | | | | Southwick, Jenefer PA-C |

**Exam Comments**

Pt arrives very dramatically rubbing his right upper arm for several minutes then all of a sudden stopped and was using arm to remove note from pocket and then did not have to return to rubbing arm.  Was able to lift arm up to basket on vital machine and remove without assistance.

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

USA_000445

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race:   WHITE | Facility: | SST |
| Encounter Date: | 08/11/2017 10:38 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Amitriptyline Tablet | 08/11/2017 10:38 | Orally(1)  50mg take 1 1/2 tabs each evening x 5 day(s) Pill Line Only -- until new dose arrives *** (2)  75mg each evening x 175 day(s) Pill Line Only -- |

**Indication:** Neck pain, cervicalgia, Injury  muscle/fascia/tendon at shoulder/uppper arm

## Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *383968-RCH* | *Amitriptyline  50 MG Tab* | *08/11/2017 10:38* | *Take one tablet (50 MG) by mouth each evening* |

**Discontinue Type:** *When Pharmacy Processes*
**Discontinue Reason:** *new order written*
**Indication:**

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Neurosurgery | 11/11/2017 | 12/11/2017 | Routine | No | |

**Subtype:**
Neurosurgery Eval

**Reason for Request:**
SCHEDULE FOR NEUROSURGERY CONSULT for 45yo male with triceps weakness, pain and MRI findings of mild central canal narrowing and moderate right neural foraminal narrowing at levels C5-C7

## Disposition:

Follow-up at Sick Call as Needed

## Other:

increase Elavil.  consult written, MDS updated with restrictions, consider confine to living unit if continues to have pain issues.  Recommended purchase and trial of Tylenol also

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/11/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Southwick, Jenefer PA-C on 08/11/2017 12:21
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000446

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/11/2017 10:38 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 08/12/2017 15:39.**

USA_000447

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 08/07/2017 14:14 | Provider: | Bennett, Pete FNP-C | Unit: | K15 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Bennett, Pete FNP-C
> RETURNS FROM MRI.  FORMAL REPORT PENDING.  NO C/O

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Bennett, Pete FNP-C on 08/07/2017 14:15
Requested to be cosigned by  Mayer, Thomas MD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

USA_000448

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/07/2017 14:14 | Provider: | Bennett, Pete FNP-C | Facility: | SST |

**Reviewed by Southwick, Jenefer PA-C on 08/09/2017 06:05.**

USA_000449

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/07/2017 14:14 | Provider: | Bennett, Pete FNP-C | Facility: | SST |

**Cosigned by Mayer, Thomas MD on 08/09/2017 11:59.**

USA_000450

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 07/27/2017 13:33 | Provider: | Deering, Amanda RHIA | Unit: | K15 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Deering, Amanda RHIA

    Late entry for 7/25/17.

    Inmate arrived for his medical records callout to receive a copy of his MRI from 2010 per his 7-21-17 copout request. 2 pages given, no problems noted.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Deering, Amanda RHIA on 07/27/2017 13:36

USA_000451

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 07/27/2017 08:11 | Provider: | Mayer, Thomas MD | Unit: | K15 |

CCC Enroll - CCC Enroll encounter performed at Health Services.
**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1          Provider:** Mayer, Thomas MD
     Enrolled into ORTHO for acute cerv radiculitis and use of ibuprofen.


**Added to clinic(s):** Orthopedic/Rheumatology

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 07/27/2017 08:11 | 800 mg Orally  -  three times a day x 90 day(s) |

   **Indication:** Nerve pain, neuralgia neuritis,  radiculitis

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Mayer, Thomas MD on 07/27/2017 08:15
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

USA_000452

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2017 08:11 | Provider: | Mayer, Thomas MD | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/27/2017 12:41.**

USA_000453

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2017 08:11 | Provider: | Mayer, Thomas MD | Facility: | SST |

**Reviewed by Southwick, Jenefer PA-C on 08/08/2017 15:12.**

USA_000454

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: | 07/20/2017 13:12 | Provider: Mayer, Thomas MD | Unit: K15 |

Consultation - Follow up visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Mayer, Thomas MD

**Chief Complaint:** NEUROLOGY

**Subjective:** Sudden onset of R shoulder/arm pain after lifting box about 29JUN. Previous h/o of trigger point in trapezius releaved by injection. Trigger point was injected giving partial relief and leaving R index finger paresthesias and triceps weakness noted on exam. I/M reports relief of pain with R arm lifted over/resting on head.
PMH of episodes of R arm pain. Cervical CT MAR10 showed neuroforaminal encroachment C5,6 and C6,7 on the R. EMG JAN12 wnl. Neurologic consultation DEC12 addressed R shoulder trigger point with injection giving relief. Again repeated repeated OCT14 by ORTHO consultant. Sx's of index finger paresthesias and tricep weakness first noted 2-3 weeks ago at onset of current episode. Plan expedited cervical MRI attention to R C7 prior to neurosurgical consultation.

**Pain:** Not Applicable

**OBJECTIVE:**

**Exam:**

**Musculoskeletal**
**Shoulder**
Yes: Tenderness

**Exam Comments**

Neck: flexion/rotation to R aggravates pain.

R shoulder: trigger point over AC joint and in area of supraspinatus trigger injection.
Marked weakness in R triceps mm. Biceps equal R&L, wrist and grip strength equal

marked hypesthesia in R index finger.

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

USA_000455

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: 07/20/2017 13:12 | Provider: Mayer, Thomas MD | Unit: K15 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 07/20/2017 13:12 | 800 mg Orally - three times a day x 30 day(s) |

   **Indication:** Neck pain, cervicalgia
   **Start Now:** Yes
      **Night Stock Rx#:** 377391-RCH
      **Source:** Night Stock
      **Admin Method:** Self Administration
      **Stop Date:** 08/19/2017 13:11
      **MAR Label:** day(s)
      **One Time Dose Given:** No

| | | | |
|---|---|---|---|
| | Amitriptyline Tablet | 07/20/2017 13:12 | 50 mg Orally  each evening x 30 day(s) Pill Line Only |

   **Indication:** Neck pain, cervicalgia

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 07/31/2017 | 07/31/2017 | Urgent | No | |

   **Subtype:**
      MRI, Offsite
   **Reason for Request:**
      MRI CERVICAL R C7:  Sudden onset of R shoulder/arm pain after lifting box about 29JUN.  Previous h/o of trigger point in trapezius releaved by injection.  Trigger point was injected giving partial relief and leaving R index finger paresthesias and triceps weakness noted on exam.  I/M reports relief of pain with R arm lifted over/resting on head.
      PMH of episodes of R arm pain.  Cervical CT MAR10 showed neuroforaminal encroachment C5,6 and C6,7 on the R.  Neurologic consultation DEC12 addressed R shoulder trigger point with injection giving relief.  Again repeated repeated OCT14 by ORTHO consultant.  Sx's of index finger paresthesias and tricep weakness first noted 2-3 weeks ago at onset of current episode.  Plan expedited cervical MRI attention to R C7 prior to neurosurgical consultation
   **Provisional Diagnosis:**
      R C7 impingement

## Disposition:

   Consultation Written

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/20/2017 | Counseling | Diagnosis | Mayer, Thomas | Verbalizes Understanding |

USA_000456

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M Race: WHITE | Facility: | SST |
| Encounter Date: 07/20/2017 13:12 | Provider: Mayer, Thomas MD | Unit: | K15 |

**Copay Required:** No            **Cosign Required:** Yes

**Telephone/Verbal Order:**   No


Completed by Mayer, Thomas MD on 07/20/2017 14:04
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

USA_000457

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/20/2017 13:12 | Provider: | Mayer, Thomas MD | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/20/2017 18:01.**

USA_000458

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/20/2017 13:12 | | Provider: | Mayer, Thomas MD | Facility: | SST |

---

**Reviewed by Southwick, Jenefer PA-C on 07/27/2017 12:53.**

USA_000459

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M  Race: WHITE | Facility: SST |
| Encounter Date: | 07/05/2017 11:03 | Provider: Southwick, Jenefer PA-C | Unit: K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**       **Provider:** Southwick, Jenefer PA-C

**Chief Complaint:** Pain

**Subjective:** Pt seen by referral of RN from visit over weekend. Pt seen and referred by MLP to see MD for steroid injection. Pt states "you have given me 6 steroid injections over the last 7 years". Review of document manager shows last eval was 2014. EMG normal in 2012. He reports "I can't use my hand" but describes paresthesias in the 4-5th digit with some extension in rest of hand. His reports change throughout evaluation but initially he stated symptoms onset last Tuesday. He was seen on Friday and then by nursing over weekend. Treatment plan recommended and awaiting f/u with MD. Non urgent evaluation today.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 07/01/2017 12:13 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Burning |
| **Pain Scale:** | 8 |
| **Intervention:** | IBU |
| **Trauma Date/Year:** | 06/28/2017 |
| **Injury:** | |
| **Mechanism:** | I pulled a box out from under my bed and jerked on the box. |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | denies. |
| **Relieving Factors:** | Ibuprofen has taken the edge off. |
| **Comments:** | |

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/05/2017 | 11:05 SST | 72 | | | Southwick, Jenefer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/05/2017 | 11:05 SST | 16 | Southwick, Jenefer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/05/2017 | 11:05 SST | 121/74 | | | | Southwick, Jenefer PA-C |

**Exam Comments**

ROM of both shoulders equal except for lateral raise of the right arm. Pt is tender to palpation along entire upper body of trapezius. No obvious redness, bruising. Resistance testing normal. Pt able to touch finger to thumb alternating along digits without obvious difficulty. Grip strength equal and normal. Pt sat upright and straight during assessment however after completion slumped forward with right shoulder lower than the left.

## ASSESSMENT:

USA_000460

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M  Race: WHITE | Facility: SST |
| Encounter Date: 07/05/2017 11:03 | Provider: Southwick, Jenefer PA-C | Unit: K15 |

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current - *Trapezius Strain*

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Non urgent as was seen Friday and treatment plan implemented.  Recommend to continue with warm, stretch, ice, ibuprofen/Tylenol and await f/u with MD.  He informed me it was his opinion that this treatment was deliberate indifference.  When asked what he was looking for he states "to sleep."  I again recommended above treatment and because he doesn't agree with treatment doesn't make it indifferent.  He can purchase ibuprofen, Tylenol, and aleve from commissary, he has a f/u with MD.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/05/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes
**Telephone/Verbal Order:** No


Completed by Southwick, Jenefer PA-C on 07/05/2017 11:27
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000461

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/05/2017 11:03 | Provider: | Southwick, Jenefer PA-C | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/05/2017 12:12.**

USA_000462

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex:   M   Race:   WHITE | Facility: | SST |
| Encounter Date: | 07/05/2017 10:28 | Provider:   Mayer, Thomas MD | Unit: | K15 |

Consultation - Initial visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Mayer, Thomas MD

**Chief Complaint:** Upper Extremity Pain

**Subjective:**     Recurrent R shoulder/arm pain that has been treated as trapezius trigger point spasm.  Last treated by Dr Momont in OCT14.  Cervical CT showed mild to mod spondylosis, EMG JAN12 found NO peripheral or radicular pathology.  I/M c/o trigger in R shoulder area of supraspinatus without obvious induration.  Reports that aching in upper arm, paresthesias in palmer fingers #4 and #5 c/w ulnar impingement, and now for the first time numbness in whole # 2 finger.  Pressing on trigger area reproduces #2 finger Sx's.   Plan trigger point injection.

After consent signed, trigger target area marked.  Injection with 2 cc 2% lidocaine/epi with 2cc bupivacaine and 1 cc[40mg] Kenalog via 25g needle into trigger area as indicated by pain. Slow immediate relief emerging.  Plan follow up in am.

**Pain:**           Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 07/01/2017 12:13 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Burning |
| **Pain Scale:** | 8 |
| **Intervention:** | IBU |
| **Trauma Date/Year:** | 06/28/2017 |
| **Injury:** | |
| **Mechanism:** | I pulled a box out from under my bed and jerked on the box. |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | denies. |
| **Relieving Factors:** | Ibuprofen has taken the edge off. |
| **Comments:** | |

**OBJECTIVE:**

**ASSESSMENT:**

Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current - *Supraspinatus spasm*

**PLAN:**

**Disposition:**

Follow-up in 12-24 Hours

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/05/2017 | Counseling | Diagnosis | Mayer, Thomas | Verbalizes Understanding |

USA_000463

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race:  WHITE | Facility: | SST |
| Encounter Date: | 07/05/2017 10:28 | Provider: | Mayer, Thomas MD | Unit: | K15 |

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Mayer, Thomas MD on 07/05/2017 15:47
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

USA_000464

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/05/2017 10:28 | Provider: | Mayer, Thomas MD | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/05/2017 16:01.**

USA_000465

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/05/2017 10:28 | Provider: | Mayer, Thomas MD | Facility: | SST |

**Reviewed by Southwick, Jenefer PA-C on 07/06/2017 16:11.**

USA_000466

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M    Race: WHITE | Facility: | SST |
| Note Date: | 07/02/2017 09:34 | Provider: | Nelson, Ferrel RN | Unit: | K15 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**           **Provider:**  Nelson, Ferrel RN

        Pt reports that he is having more neurological symptoms at pill line. He states that his numbness has progressed to the thumb and index finger. Though the middle finger is not numb. This may be related to increased inflammation at the site. Pt advised to do symptom managed care, ice, rest, heat... to increase comfort. Dr. Harvey notified of the change and no change in care is indicated. Pt to follow up on Wednesday.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Nelson, Ferrel RN on 07/02/2017 09:38
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000467

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/02/2017 09:34 | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/02/2017 16:58.**

USA_000468

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: | 07/01/2017 12:12 | Provider: Nelson, Ferrel RN | Unit: K15 |

Nursing - Follow up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Nelson, Ferrel RN

**Chief Complaint:** Pain

**Subjective:**   I am continuing to have pain in my right shoulder that radiates down to my right hand. The same symptoms that I had when I was seen yesterday.

**Pain:**   Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 07/01/2017 12:13 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Burning |
| **Pain Scale:** | 8 |
| **Intervention:** | IBU |
| **Trauma Date/Year:** | 06/28/2017 |
| **Injury:** | |
| **Mechanism:** | I pulled a box out from under my bed and jerked on the box. |
| **Onset:** | 3-5 Days |
| **Duration:** | 3-5 Days |
| **Exacerbating Factors:** | denies. |
| **Relieving Factors:** | Ibuprofen has taken the edge off. |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/01/2017 | 12:16 SST | 97.0 | 36.1 | | Nelson, Ferrel RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/01/2017 | 12:16 SST | 73 | | | Nelson, Ferrel RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/01/2017 | 12:16 SST | 16 | Nelson, Ferrel RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/01/2017 | 12:16 SST | 132/80 | | | | Nelson, Ferrel RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/01/2017 | 12:16 SST | 98 | Room Air | Nelson, Ferrel RN |

**Exam:**

**General**

USA_000469

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex:  M   Race:  WHITE | Facility: | SST |
| Encounter Date: | 07/01/2017 12:12 | Provider:  Nelson, Ferrel RN | Unit: | K15 |

## Exam:

### Affect
Yes: Pleasant, Cooperative

### Appearance
Yes: Appears Distressed, Appears in Pain

## Skin

### General
Yes: Within Normal Limits

### Comments

Right shoulder pain between the base of the neck and the outer aspect of the shoulder with pain going down the right arm and numbness and tingling in the little and ring fingers. There is good strength and CMS to hands and fingers bilaterally. Pain when he puts his head back.

## ASSESSMENT:

Alteration in comfort

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 07/01/2017 12:12 | 1 tab (800 mg) Orally  -  three times a day PRN x 3 day(s) |

      **Start Now:** Yes
      **Night Stock Rx#:** 373236-rch
      **Source:** Night Stock
      **Admin Method:** Self Administration
      **Stop Date:** 07/04/2017 12:11
      **MAR Label:** day(s)
      **One Time Dose Given:** No

## Disposition:

Notify Medical Duty Officer

## Other:

Pt states that he has some OTC ibuprofen and that he has used it his morning, and that he has had some relief. He states that 9 tabs should get him through until he can be seen by a PCP. Pt to follow up Wednesday 7/5-2017 @ 0730.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/01/2017 | Counseling | Plan of Care | Nelson, Ferrel | Verbalizes Understanding |

Pt encouraged to continue plan as outlined by MLP Bennett.

USA_000470

| | | | |
|---|---|---|---|
| Inmate Name:   MANCINI, MARIO FERBO | | Reg #:   11007-041 | |
| Date of Birth:   02/23/1972 | Sex:   M   Race:   WHITE | Facility:   SST | |
| Encounter Date:  07/01/2017 12:12 | Provider:   Nelson, Ferrel RN | Unit:   K15 | |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:**  Harvey, Paul MD, RMD

**Telephone or Verbal order read back and verified.**


Completed by Nelson, Ferrel RN on 07/01/2017 12:36

Requested to be cosigned by  Harvey, Paul MD, RMD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Bennett, Pete FNP-C.

Review documentation will be displayed on the following page.

USA_000471

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/01/2017 12:12 | | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 07/02/2017 17:02.**

USA_000472

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/01/2017 12:12 | Provider: | Nelson, Ferrel RN | Facility: | SST |

**Reviewed by Bennett, Pete FNP-C on 07/10/2017 07:58.**

USA_000473

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M   Race: WHITE | Facility: | SST |
| Note Date: | 06/30/2017 13:25 | Provider: | Bennett, Pete FNP-C | Unit: | K15 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Bennett, Pete FNP-C

        SENT UP WITH PAIN.  SEE THIS AM'S NOTE.  LAST TOOK 400MG OF MOTRIN AT 1100HRS TODAY. WOULD LIKE SOMTHING STRONGER.  HAS BEEN USING ICE.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ketorolac Injection 30 MG/ML | 06/30/2017 13:25 | 30MG Intramuscularly  one time x 1 day(s) Pill Line Only -- GIVE JUST PRIOR TO 6PM  THIS EVENING. |

        **Indication:** Nerve pain, neuralgia neuritis,  radiculitis

        **Start Now:** Yes

            **Night Stock Rx#:**

        **Source:** Sub Stock Location

        **Admin Method:** Pill Line

        **Stop Date:** 07/01/2017 13:24

        **MAR Label:** 30MG Intramuscularly  one time x 1 day(s) Pill Line Only -- GIVE JUST PRIOR TO 6PM  THIS EVENING.

        **One Time Dose Given:** No

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Bennett, Pete FNP-C on 06/30/2017 13:29
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

USA_000474