# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M | Race: WHITE | Facility: SST |
| Encounter Date: 06/30/2017 07:50 | Provider: Bennett, Pete FNP-C | | Unit: K15 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Bennett, Pete FNP-C

**Chief Complaint:** Other Problem

**Subjective:** KNOWN HX OF RT TRAP TRIGGER POINT PAIN.  TRIGGER POINT INJECTION IN 2014 RESOLVED SX UP UNTIL A DAY AGO WHEN HE AGGRIVATED IT PULLING A BOX OF LEGAL MATERIAL OUT FROM UNDER HIS BED.  EXACT SAME SX AS IN THE PAST.  PAIN STARTS IN TRAP AND RADIATES DOWN ULNAR ASPECT OF ARM AND INTO 4TH AND 5TH FINGERS.  ALSO NUMBNESS AND TINGLING SENSATION.  NO LOSS OF FUNCTION OR STRENGTH.

**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/30/2017 | 07:53 SST | 68 | | | Bennett, Pete FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/30/2017 | 07:53 SST | 137/92 | | | | Bennett, Pete FNP-C |

**Exam Comments**
PAIN MADE WORSE/RECREATED WITH PALP OVER TRIGGER POINT IN RT PROXIMAL TRAP.  FULL SHOULDER ROM.

**ASSESSMENT:**

Nerve pain, neuralgia neuritis, radiculitis, 729.2 - Current

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 06/30/2017 00:00 | Physician |
| ? IN HOUSE TRIGGER POINT INJECTION RT TRAP. | | |

**Disposition:**
Will Be Placed on Callout

**Other:**
ICE, OTC NSAID PRN SHORT TERM.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

GOVERNMENT EXHIBIT 3  20-CV-2532 (ECT/DTS)

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M  Race: WHITE | Facility: | SST |
| Encounter Date: | 06/30/2017 07:50 | Provider: Bennett, Pete FNP-C | Unit: | K15 |

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 06/30/2017 | Counseling | Plan of Care | Bennett, Pete | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Bennett, Pete FNP-C on 06/30/2017 07:57
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Mayer, Thomas MD.
Review documentation will be displayed on the following page.