**Patient Information**

| Name | Sex | Birthdate |
|---|---|---|
| Mancini, Mario (4989940) | Male | 2/23/1972 (45 year old) |

**Service Location**

| Name | Address |
|---|---|
| EH-ST MARY'S MEDICAL CENTER | 407 EAST THIRD STREET<br>Duluth MN 55805-1950 |

Mancini, Mario

# 11007-041

**Discharge Summary Notes**

Discharge Summaries by Broadway, Steven J, MD at 11/30/2017 10:37 AM

| Author: Broadway, Steven J, MD | Service: Neurosurgery | Author Type: Physician |
|---|---|---|
| Filed: 11/30/2017 11:31 AM | Date of Service: 11/30/2017 10:37 AM | Status: Signed |

FCI SST

Editor: Broadway, Steven J, MD (Physician)

**11/30/2017 NSR DISCHARGE SUMMARY** Melissa A. Rose, APRN, CNP

**Patient Name:** Mario Mancini
**Date of Birth:** 2/23/1972  **Age:** 45 year old
**Medical Record Number:** 4989940
**Primary Physician:** Thomas G. Mayer, MD
**Admission Date:** 11/27/2017
**Discharge Date:** 11/30/2017
**Primary admitting diagnosis:** cervical 5-6, 6-7 herniated nucleus pulposus
**Discharge Diagnoses:** Active Hospital Problems
  Cervical radiculopathy

**Procedures:** Procedure(s):
C5-6 ACDF using locally harvested autograft, grafton allograft and a 6mm peek cornerstone implant C6-7 ACDF usiong locally harvested autograft, grafton allograft and a 7mm peek cornerstone implant Plating using a 37.5mm atlantis translational plate

**Consults:** Speech

**Hospital Summary:** Mario Mancini is a 45 year old male who was admitted for the above procedure for cervical radiculopathy. Underwent surgery without any complications. Postoperatively radicular symptoms improved. Has residual numbness of the right second digit and weakness of the right triceps. Discharge delayed due to dysphagia and pain control. Given 24 hrs IV decadron and had speech swallow evaluation. Recommendations for soft diet and small bites, no further speech therapy needs. On day of discharge swallow improved and pain well controlled with tylenol #3. Will discharge back to facility with guards in stable condition.

**Labs:**
No results found for this or any previous visit (from the past 24 hour(s)).

**Discharge Instructions:**
**Neurosurgery Discharge Instructions**
Your surgery: C5-6/6-7 anterior cervical discectomy and fusion

J. SOUTHWICK, PA-C
HEALTH SERVICES
FCI SANDSTONE

Mancini, Mario (MR # 4989940) DOB: 02/23/1972 Printed by Broadway, Steven J, MD [23769] at 11/30/17 11:31 AM

Page 1 of 4

**GOVERNMENT EXHIBIT 4**
20-CV-2532 (ECT/DTS)

USA_000548

Discharge Summary Notes (continued)

Discharge Summaries by Broadway, Steven J, MD at 11/30/2017 10:37 AM (continued)

Date of surgery: 11/27/17
Bracing: none
No lifting >5lbs for next 4-6 weeks until your follow up appointment.
Avoid rough/jarring activities.
It is recommended that you walk/change position frequently (every 30-60 minutes). Aim to walk 3 short walks daily and advance distance as tolerated.
You may shower; do not soak incision in tub/standing water.
Please wash your incision daily with soap and water. If you are to touch your incision please wash hands with soap and water prior. DO NOT pick your incision/scab/sutures.
Monitor for signs of infection including: redness, swelling, drainage and/or fever. Call for any signs of infection.
Call office with any symptoms of headache, nausea, or vomiting.
Call office with any new or worsening symptoms of weakness/pain.
No NSAIDS for the next three months this includes Naproxen, Ibuprofen, Celebrex.
We recommend that you do not drive while taking narcotic pain medications.
**Neurosurgery Office 218-786-3600**

**Okay to work in office setting starting 12/7; recommend only 4 hour shifts and alternating between sitting/standing/walking every 30-60 minutes.**
**Start physical therapy in 2 weeks. No lifting over 5 lbs and limit any overhead activity.**

If you take aspirin you may resume 5 days post surgery date.

**Pain management following surgery:**
You will be sent home with a prescription of pain medications. This prescription must last a minimum of 7 days. If you find you will utilize all of these pills and will need a refill, please contact your pharmacy for a refill. If a refill is needed, you will be granted one refill that again should last at minimum 7 days. Any further refills you will need an appointment to review your medications and pain management plan.

In an effort to decreased narcotic use and the risk of addiction, we highly recommend utilizing tylenol for pain. Tylenol (acetaminophen) may be taken in conjunction with your pain medication. It is recommended you do not exceed 4,000 mg of Tylenol (acetaminophen) in a 24 hour period.

You have been prescribed tylenol #3 for pain. Please use sparingly and decrease use as tolerated.

A primary component of pain following surgery is muscular in nature. It is quite common to experience muscle spasms and tension in your muscles. Therefore, pain may be better controlled with a muscle relaxant

You have been prescribed robaxin for muscle spasms, this is a muscle relaxer and may cause drowsiness.

Pain medications can cause constipation. We recommend taking an over the counter stool softener such as Senna or Senna-Ducosate. If this ineffective you may try prune juice or Milk of Magnesia (over the counter).

Mancini, Mario (MR # 4989940) DOB: 02/23/1972 Printed by Broadway, Steven J, MD [23769] at 11/30/17 11:31 AM                      Page 2 of 4

### Discharge Summary Notes (continued)

Discharge Summaries by Broadway, Steven J, MD at 11/30/2017 10:37 AM (continued)

**Follow up appointments:**
One month NSR with xray prior

He will be discharged from Essentia Health St. Mary's Medical Center to prison facility

**Discharge Medications:**

**Current Discharge Medication List**

New Prescriptions

| | Details |
|---|---|
| **acetaminophen-codeine** 300-30 MG oral tablet<br>Commonly known as: TYLENOL #3 | Dose: 1-2 Tab<br>1-2 Tabs, Oral, EVERY 4 HOURS AS NEEDED, Limit acetaminophen to 4000 mg per day from all sources. |
| **methocarbamol** 750 MG tablet<br>Commonly known as: ROBAXIN | Dose: 750 mg<br>750 mg, Oral, EVERY 6 HOURS AS NEEDED |

Continued

| | Details |
|---|---|
| **acetaminophen** 325 MG tablet<br>Commonly known as: TYLENOL | Dose: 650 mg<br>650 mg, Oral, EVERY 6 HOURS AS NEEDED, Limit acetaminophen to 4000 mg per day from all sources. |
| **amitriptyline** 75 MG tablet<br>Commonly known as: ELAVIL | Dose: 75 mg<br>75 mg, Oral, AT BEDTIME |

You might also be taking other medications not listed above. If you have questions about any of your other medications, talk to the person who prescribed them or your Primary Care Provider.

Stopped
**ibuprofen** 800 MG tablet
Commonly known as: MOTRIN

Mancini, Mario (MR # 4989940) DOB: 02/23/1972 Printed by Broadway, Steven J, MD [23769] at 11/30/17 11:31 AM        Page 3 of 4

USA_000550

## Discharge Summary Notes (continued)

Discharge Summaries by Broadway, Steven J, MD at 11/30/2017 10:37 AM (continued)

All of the discharge instructions were discussed with the patient who verbalizes understanding and all of the questions were addressed at this time. The office information was given to the patient and was advised to contact the office with any further questions/concerns.

Revision History

| Date/Time | User | Provider Type | Action |
| --- | --- | --- | --- |
| > 11/30/2017 11:31 AM | Broadway, Steven J, MD | Physician | Sign |
| 11/30/2017 10:39 AM | Rose, Melissa A, APRN, CNP | Nurse Practitioner | Sign |