CASE 0:20-cv-02532-ECT-DTS   Doc. 178-6   Filed 07/24/23   Page 1 of 3
Aug/30/2017 10 05:35 AM          Neurosurgery essentia health 218 720 6032                       3/5
Mancini, Mario (MR # 4989940) DOB: 02/23/1972                Encounter Date: 08/29/2017

# Mancini, Mario

MRN: 4989940
Description: 45 year old male

**Office Visit 8/29/2017**
Status: Open
ESSENTIA HEALTH-DULUTH
CLINIC NEUROSURGERY

Provider: Broadway, Steven J, MD (Neurosurgery)
Reason for Visit: Consult, Neck Pain; Referred by Unlisted, Provider

**Consults**
Unsigned

Osthus, Korrie H, PA-C (Physician Assistant) • Neurosurgery

**Neurosurgery Consult**
Essentia Health
8/29/2017
Korrie H. Osthus, PA-C

# 11007-041
FCI SST

Reason for Consult: Right arm pain and weakness
Referring provider: Jenefer Southwick, PA-C

HPI:
Mario Mancini is a left-handed 45 year old male with a history of a neck injury 20 years ago who presents with right arm pain and weakness. He was working out 50 days ago when he experienced right arm weakness while lifting weights, denies popping or snapping at that time. He has intermittent arm pain, numbness and a "buzzing" in the right arm and numbness in the right index finger; also has cramping in right hand. He has a history of chronic neck pain as well. Symptoms are worse upon waking and better after a warm shower and with use of ibuprofen and amitriptyline. He has received trigger point injections in his right trapezius that in the past have helped manage the pain.

Denies carpal tunnel, fevers, chest pain, shortness of breath, abdominal pain, and incontinence of bowel or bladder, difficulties with balance or recent falls. No pertinent past medical or surgical history.

He is currently an inmate at Sandstone federal prison; has a desk job using a computer. Denies tobacco use.

**Medications**
Amitriptyline 75 mg oral at night.

**Allergies**
**Allergies**
Allergen
• Penicillin V

Reactions

**Social History**
**Social History**
Substance Use Topics
• Smoking status:     Never Smoker

J. Southwick, PA-C
Health Services Department
FCI Sandstone
8/30/17

Printed by [14594] at 8/30/17 9:54 AM

**GOVERNMENT EXHIBIT 6**
20-CV-2532 (ECT/DTS)

Page 1 of 3

USA_000583

Mancini, Mario (MR # 4989940) DOB: 02/23/1972                    Encounter Date: 08/29/2017

- Smokeless tobacco:      Never Used
- Alcohol use             Not on file

**Family History**
No family history on file.

**Review of Systems**
General: no fevers
Skin: no complaints
Eyes: no complaints
Ears/Nose/Throat: no complaints
Respiratory: no complaints, denies shortness of breath
Cardiovascular: no complaints; denies chest pain
Gastrointestinal: denies abdominal pain or bowel incontinence
Genitourinary: denies bladder incontinence
Musculoskeletal: neck and right arm pain
Neurologic: right arm weakness, numbness, and cramping; denies decreased balance or falls
Psychiatric: no complaints
Hematologic/Lymphatic/Immunologic: no complaints
Endocrine: no complaints, denies diabetes

**Vital Signs**
Vitals:
                   08/29/17 1506
BP:                132/82
Pulse:             80
Height:            1.727 m (5' 8")
Weight:            106.6 kg (235 lb)
BMI (Calculated):  35.73

**Physical Exam:**
APPEARANCE: 45 y/o pleasant male, alert and NAD; arrives in handcuff and leg shakles accompanied by 2 prison personnel
SKIN: clear with no lesions
HEAD: normocephaly.
EYES: eyelid(s) normal, conjunctiva clear, EOM(s) intact, no nystagmus
ENT: tongue midline, midline palate rise
NECK: full ROM, right neck tender to moderate palpation
CHEST: good respiratory effort without retractions.
BACK/SPINE: non-tender thoracic spine
EXTREMITIES: arms are symmetric, nontender right arm, unable to flex right tricep; no swelling or atropy in BUE; able to move all fingers
MOTOR: Moving all extremities independently; RUE 3/5 with elbow extension and 5/5 with elbow flexion, arm abduction/adduction and grip. LUE 5/5 throughout.

CASE 0:20-cv-02532-ECT-DTS   Doc. 178-6   Filed 07/24/23   Page 3 of 3

Aug/30/2017 10:05:35 AM          Neurosurgery essentia health 218 720 6032                5/5
Mancini, Mario (MR # 4989940) DOB: 02/23/1972                    Encounter Date: 08/29/2017

NEUROLOGIC: alert, oriented X 3, interaction normal, GCS: 15, unable to elicit DTRs bilaterally at biceps or brachioradialis, negative Hoffman's bilaterally, Cranial Nerves II-XII without deficit, speech clear, gait is steady

### Imaging
I personally reviewed and discussed in collaboration with Dr. Jared Broadway:
MRI cervical 8/7/17: disc herniation at C5-6 and C6-7 with central canal narrowing and R>L neural foraminal narrowing.

### Assessment/Plan
Mario Mancini is a healthy 45 year old male with cervical stenosis with right sided radiculopathy in the C6 distribution. Surgery has been offered and accepted; plan is for an anterior cervical discectomy and fusion at C5-6 and C6-7. Patient was seen and plan developed in collaboration with Jared Broadway, M.D, please see his documentation for surgical details and patient discussion.

Korrie H. Osthus, PA-C

## Instructions
After Visit Summary (Printed 8/30/2017)

## Additional Documentation
Vitals:  BP 132/82 Pulse 80 Ht 1.727 m (5' 8") Wt 106.6 kg (235 lb) BMI 35.73 kg/m² BSA 2.26 m²
Flowsheets:  Infection Screening, Rooming Form, Custom Formula Data
Encounter Info:  Billing Info, History, Allergies, Detailed Report

## Orders Placed
None

## Medication Changes
As of 8/29/2017 5:53 PM
None

## Visit Diagnoses
None

USA_000585