CASE 0:20-cv-02532-ECT-DTS   Doc. 178-7   Filed 07/24/23   Page 1 of 3
Aug/31/2017 2:50:33 PM                Neurosurgery essentia health 218 720 6032                2/4
Mancini, Mario (MR # 4989940) DOB: 02/23/1972                                    Page 1 of 3

# Mancini, Mario

MRN: 4989940
Description: 45 year old male

**Consults** Encounter Date: 8/29/2017

 **Broadway, Steven J, MD**
Neurosurgery

**Neurosurgery Consult**
Essentia Health
8/29/2017
Korrie H. Osthus, PA-C

Reason for Consult: Right arm pain and weakness
Referring provider: Jenefer Southwick, PA-C

**HPI:**
Mario Mancini is a left-handed 45 year old male with a history of a neck injury 20 years ago who presents with right arm pain and weakness. He was working out 50 days ago when he experienced right arm weakness while lifting weights, denies popping or snapping at that time. He has intermittent arm pain, numbness and a "buzzing" in the right arm and numbness in the right index finger; also has cramping in right hand. He has a history of chronic neck pain as well. Symptoms are worse upon waking and better after a warm shower and with use of ibuprofen and amitriptyline. He has received trigger point injections in his right trapezius that in the past have helped manage the pain.

Denies carpal tunnel, fevers, chest pain, shortness of breath, abdominal pain, and incontinence of bowel or bladder, difficulties with balance or recent falls. No pertinent past medical or surgical history.

He is currently an inmate at Sandstone federal prison; has a desk job using a computer. Denies tobacco use.

**Medications**
Amitriptyline 75 mg oral at night.

**Allergies**
**Allergies**
Allergen                                                           Reactions
- Penicillin V

**Social History**
**Social History**
Substance Use Topics
- Smoking status:         Never Smoker
- Smokeless tobacco:      Never Used
- Alcohol use             Not on file

GOVERNMENT
EXHIBIT
7
20-CV-2532 (ECT/DTS)

USA_000586

Aug/31/2017 2:50:33 PM  Neurosurgery essentia health 218 720 6032  3/4
CASE 0:20-cv-02532-ECT-DTS   Doc. 178-7   Filed 07/24/23   Page 2 of 3
Mancini, Mario (MR # 4989940) DOB: 02/23/1972                          Page 2 of 3

## Family History
No family history on file.

## Review of Systems
General: no fevers
Skin: no complaints
Eyes: no complaints
Ears/Nose/Throat: no complaints
Respiratory: no complaints, denies shortness of breath
Cardiovascular: no complaints; denies chest pain
Gastrointestinal: denies abdominal pain or bowel incontinence
Genitourinary: denies bladder incontinence
Musculoskeletal: neck and right arm pain
Neurologic: right arm weakness, numbness, and cramping; denies decreased balance or falls
Psychiatric: no complaints
Hematologic/Lymphatic/Immunologic: no complaints
Endocrine: no complaints, denies diabetes

## Vital Signs
**Vitals:**

|  | 08/29/17 1506 |
|---|---|
| BP: | 132/82 |
| Pulse: | 80 |
| Height: | 1.727 m (5' 8") |
| Weight: | 106.6 kg (235 lb) |
| BMI (Calculated): | 35.73 |

**Physical Exam:**
APPEARANCE: 45 y/o pleasant male, alert and NAD; arrives in handcuff and leg shakles accompanied by 2 prison personnel
SKIN: clear with no lesions
HEAD: normocephaly.
EYES: eyelid(s) normal, conjunctiva clear, EOM(s) intact, no nystagmus
ENT: tongue midline, midline palate rise
NECK: full ROM, right neck tender to moderate palpation
CHEST: good respiratory effort without retractions.
BACK/SPINE: non-tender thoracic spine
EXTREMITIES: arms are symmetric, nontender right arm, unable to flex right tricep; no swelling or atropy in BUE; able to move all fingers
MOTOR: Moving all extremities independently; RUE 3/5 with elbow extension and 5/5 with elbow flexion, arm abduction/adduction and grip. LUE 5/5 throughout.

USA_000587

CASE 0:20-cv-02532-ECT-DTS   Doc. 178-7   Filed 07/24/23   Page 3 of 3

Aug/31/2017 2:50:33 PM          Neurosurgery essentia health 218 720 6032                 4/4
Mancini, Mario (MR # 4989940) DOB: 02/23/1972                                      Page 3 of 3

NEUROLOGIC: alert, oriented X 3, interaction normal, GCS: 15, unable to elicit DTRs bilaterally at biceps or brachioradialis, negative Hoffman's bilaterally, Cranial Nerves II-XII without deficit, speech clear, gait is steady

**Imaging**
I personally reviewed and discussed in collaboration with Dr. Jared Broadway:
MRI cervical 8/7/17: disc herniation at C5-6 and C6-7 with central canal narrowing and R>L neural foraminal narrowing.

**Assessment/Plan**
Mario Mancini is a healthy 45 year old male with cervical stenosis with right sided radiculopathy in the C6 distribution. Surgery has been offered and accepted; plan is for an anterior cervical discectomy and fusion at C5-6 and C6-7. Patient was seen and plan developed in collaboration with Jared Broadway, M.D, please see his documentation for surgical details and patient discussion.

Korrie H. Osthus, PA-C

I have seen and examined Mario with Osthus, PAC and agree with her history and physical as stated. The patient has right C6 and 7 radiculopathies with weakness. MRI reveals severe stenosis at C5-6 and 6-7. I have offered the patient a c 5-6 and 6-7 acdf. Risks discussed include bleeding, infection, damage to the carotid, jugular, recurrent laryngeal nerve, esophagus, trachea, nerves/cord, csf leak, death, etc. Broadway

Addendum:
Dr. Broadway recommends no restrictions in activity or work hours prior to surgery. Mario will require 2 weeks off of work after his surgery and may return to his desk job after without restrictions. He recommends surgery within the next 60 days.

Korrie H. Osthus, PA-C


Office Visit on 8/29/2017
    Note shared with patient