# INMATE SICK CALL SIGN-UP SHEET
(Formulario y Registro para Atencion Medica de Confinados)

MPZ

To obtain a sick call appointment, **personally hand to the Health Services Unit between 6:15 a.m. - 6:45 a.m.** Monday - Friday.

(Para obtener una cita de consulta médica, debe de entregar este formulario a la Unidad de Servicios de Salud entre las **6:15 am - 6:45 am** Lunes – Viernes)

Name (Nombre) Mancini, Mario      Register Number (Numero de Registro) 11007-041

**Please Circle (Encierre en uncirculo): Medical (Medico) or Dental**

Fill out this form completely, numbers 1-8. (Debe de llenar este formulario completamente, numerous 1-8.)

1. Work (Trabajo) Unicor   2. Unit (Unidad) K-1   3. Date (Fecha) 8/29/17
4. Complaint (Queja), What is your problem? (Cual es su problema?)
   I would like to be taken off of work restriction. I have little pain.

## PAIN ASSESSMENT SCALE (Escala de valoracion del dolor)

| PAIN LEVEL: (Nivel de dolor): | WHAT THE NUMBERS MEAN ☺ 1 -(2 - 3)- 4 - 5 - 6 - 7 - 8 - 9 - 10 ☹ |
|---|---|
| 1 | You feel no pain (No dolor) |
| 2 | You feel very mild pain and are only aware of it when you focus on it |
| 3-4 | The pain is tolerable and can be ignored. You are able to continue normal activities. (Doloroso) |
| 5-6 | The pain is distressful, causing difficulty carrying out some normal activities. |
| 7-8 | The pain is severe, hindering concentration and ability to carry out all but simple activities. |
| 9-10 | The pain is disabling, not allowing you to focus on anything but the discomfort. (Dolor intenso) |

5. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?) Days (Dias) 50   Months (Meses) —   Years (Anos) —

6. Are you on any medication(s) at present? (Esta usted tomando alguna(s) medicinas actualmente?) Ibuprofen, Amatriptilyne

7. Signature (Firma) Mancini Mario

---

**TO BE FILLED OUT BY TRIAGE PERSONNEL/PARA SER LLENADO POR EL PERSONAL DE TRIAJE:**
Notes: _____
_____

If diabetic B.S. _____ Temp _____

J. Southwick, PA-C
Health Services Department
FCI Sandstone
JSPA
8/31/17

GOVERNMENT EXHIBIT
**8**
20-CV-2532 (ECT/DTS)

USA_000590