Auth Prov:
Mayer, Thomas G
Mayer, Thomas G, MD
FCI-SANDSTONE
PO BOX 999
2300 COUNT ROAD 29
SANDSTONE MN 55072

# ESSENTIA HEALTH

Mancini, Mario
#11007-041
FCI SST

EH-SANDSTONE
705 LUNDORFF DRIVE  SANDSTONE, MN 55072-0000
320-245-2212

## Imaging Result

| Name. | DOB: | Patient Class: | MRN: | Sex: |
|---|---|---|---|---|
| **Mancini, Mario** | **2/23/1972** | **Outpatient** | **4989940** | **Male** |

| Procedure(s) Performed: | Exam Date | Reason for Exam: | Accession: |
|---|---|---|---|
| MR CERVICAL SPINE WO CONTRAST | 08/07/2017 1:15 PM | R C7 Impingement, suddne onset of R arm/shoulder pain after lifting box about 6/29/17, previous hx of tigger point in trapezius releaved by injection. I/M reports relief of pain with R arm lifted over/resting on head | 10811708 |

This document is currently in Final Status

Exam Accession# 10811708

EXAM: MR CERVICAL SPINE WO CONTRAST

HISTORY: R C7 impingement, sudden onset of R arm/shoulder pain after lifting box about 6/29/17, previous hx of trigger point in trapezius relieved by injection. I/M reports relief of pain with R arm lifted over/resting on head.

FINDINGS:

Vertebral body heights are maintained. Bone marrow signal is normal. Alignment is normal. Cord signal is normal. Prevertebral soft tissues are unremarkable.

C2-C3: Central canal and neural foramina are patent.

C3-C4: Central canal and neural foramina are patent.

C4-C5: Central canal and neural foramina are patent.

C5-C6: Uncovertebral hypertrophy and disc osteophyte complex result in mild central canal narrowing and moderate right neural foraminal narrowing.

J. Southwick, PA-C
Health Services Department
FCI Sandstone
JSPK
8.11.17

Mancini, Mario (MR # 4989940)   Page 1 of 2



GOVERNMENT EXHIBIT
9
20-CV-2532 (ECT/DTS)

USA_000596

C6-C7: Uncovertebral hypertrophy posterior disc osteophyte complex resulting in mild central canal narrowing and moderate right neural foraminal narrowing.

IMPRESSION:
Multilevel spondylotic changes with moderate right neural foraminal narrowing at C5-C6 and C6-C7. No cord compression or abnormal cord signal.

Dictated By: Nicholas Milanovich 8/7/2017 4:14 PM
Edited By: JD 8/7/2017 9:32 PM

Electronically Signed: Nicholas Milanovich 8/10/2017 9:20 AM

**Electronically Signed By: Milanovich, Nicholas J, MD on 8/10/2017 9:20 AM**