# INMATE SICK CALL SIGN-UP SHEET
### (Formulario y Registro para Atencion Medica de Confinados)

*Southwick*

To obtain a sick call appointment, **personally hand to the Health Services Unit between 6:15 a.m. – 6:45 a.m.** Monday - Friday.

(Para obtener una cita de consulta médica, debe de entregar este formulario a la Unidad de Servicios de Salud entre las **6:15 am – 6:45 am Lunes – Viernes.**)

**Name (Nombre)** MANCINI, MARIO    **Register Number (Numero de Registro)** 11007-041/K1

**Please Circle (Encierre en uncirculo): Medical (Medico)** or Dental

Fill out this form completely, numbers 1-8. (Debe de llenar este formulario completamente, numerous 1-8.)

1. Work (Trabajo) UniCOR  2. Unit (Unidad) K-1   3. Date (Fecha) 6/30/17

4. Complaint (Queja), What is your problem? (Cual es su problema?)

Reaggravated C4, C5 at base of neck (MRI on File 2010), 2016 PA Southwick ORDERED ME TO STOP NSAID use to to liver Scarring, Prolonged use of NSAIDs due to the originial C4, C5 injury. Have Had 5-6 Trigger Point injections IN BOP Custody last one @ Sandstone in 2015? (outside Clinic) NECK PAIN, Radiates down (R) arm, Ring, small finger are numb.

## PAIN ASSESSMENT SCALE (Escala de valoracion del dolor) I have to take

| PAIN LEVEL:<br>(Nivel de dolor): | WHAT THE NUMBERS MEAN<br>☺ 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10 ☹ |
|---|---|
| 1 | You feel no pain. (No dolor) |
| 2 | You feel very mild pain and are only aware of it when you focus on it. |
| 3-4 | The pain is tolerable and can be ignored. You are able to continue normal activities   (Doloroso) |
| 5-6 | The pain is distressful, causing difficulty carrying out some normal activities. |
| 7-8 | The pain is severe, hindering concentration and ability to carry out all but simple activities. |
| 9-10 | The pain is disabling, not allowing you to focus on anything but the discomfort.  (Dolor intenso) |

4/30/17 No recent injury ongoing cronic

5. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)   Days (Dias)_____ Months (Meses)_____ Years (Anos) 1995

Able to move Pain Worsened 2 days ago

6. Are you on any medication(s) at present? (Esta usted tomando alguna(s) medicinas actualmente?) NO, Just NSAIDS which I Am Not Supposed to take.

7. Signature (Firma) Mancini

NSAIDS Right now? Did not sleep last night. FAST MEDS: Neurontin, NSAIDS, shots of Toradol

---

**TO BE FILLED OUT BY TRIAGE PERSONNEL/PARA SER LLENADO POR EL PERSONAL DE TRIAJE:**

Notes:_____

P Bennett
FNP-C
FCI Sandstone

6/30

If diabetic B.S._____ Temp_____

GOVERNMENT
EXHIBIT
**10**
20-CV-2532 (ECT/DTS)