# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | | Facility: SST |
| Encounter Date: 06/27/2018 11:31 | Provider: Voss, Heidi RN/HSA | | Unit: Z01 |

Injury Assessment - Non-work related encounter performed at Special Housing Unit.

**SUBJECTIVE:**

    INJURY  1        Provider:   Voss, Heidi RN/HSA

        Date of Injury:   06/27/2018 07:15         Date Reported for Treatment:   06/27/2018 11:30
        Work Related:     No                     Work Assignment:   IND PRINT
        Pain Location:
        Pain Scale:   0
        Pain Qualities:
        Where Did Injury Happen (Be specific as to location):
            Unicor
        Cause of Injury (Inmate's Statement of how injury occurred):
            We were horse playing.  We are both wrestlers
        Symptoms (as reported by inmate):
            Denies injuries.  However, asked how he received a black eye, "head bunt."

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/27/2018 | 11:31 SST | 94 | Via Machine | | Voss, Heidi RN/HSA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/27/2018 | 11:31 SST | 18 | Voss, Heidi RN/HSA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/27/2018 | 11:31 SST | 145/100 | Right Arm | Sitting | Adult-large | Voss, Heidi RN/HSA |

**Exam:**
    General
        Appearance
            Yes: Appears Well, Appears Distressed

**Exam Comments**

    Inmate denies injuries.  Visible, black left eye. Denies change in vision, denies LOC.  Small welt above left eye from head bunt.  Long superficial scratch vertically from left forehead to mid cheek.  Inmate reports they were wrestling when their boss left the room. States they do it all the time.  Denies any pain.  No other injuries noted on body, knuckles or extremities.

**ASSESSMENT:**

    Cut(s) and/or Abrasion(s)

GOVERNMENT EXHIBIT 11  20-CV-2532 (ECT/DTS)

USA_000615

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 | |
| Date of Birth: 02/23/1972 | Sex: M  Race: WHITE | Facility: SST | |
| Encounter Date: 06/27/2018 11:31 | Provider: Voss, Heidi RN/HSA | Unit: Z01 | |

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/27/2018 | Counseling | Access to Care | Voss, Heidi | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Voss, Heidi RN/HSA on 06/27/2018 11:38
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/27/2018 11:31 | Provider: | Voss, Heidi RN/HSA | Facility: | SST |

**Cosigned by Harvey, Paul MD, RMD on 06/27/2018 11:41.**