

# FCI Sandstone SST

| | | | |
|---|---|---|---|
| Patient: | **MANCINI, MARIO (Male)** | DOB. | 02/23/72 |
| Register#: | **11007-041** | Age: | 45 |
| Date: | 02/21/18 09.09 | Status: | OP |
| Slicecount: | 2 | | |
| History | 3 Month Post Op microdiscectomy | | |
| Priors: | | | |
| Exams: | FILM C SPINE | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP508673407 | | | |

## Final Report

**Exam: FILM C SPINE**

**INDICATION:** Three-month post-microdiscectomy

**COMPARISON:** None

**FINDINGS:**

2 views of the cervical spine are obtained.

No fracture or malalignment.

Anterior plate screw fusion C5-C7 level with interposition disc graft at C5/C6 and C6/C7 level. Hardware is intact without hardware complication.

Vertebral body heights are maintained.

Disc heights are maintained.

Posterior elements unremarkable.

Paraspinous soft tissues unremarkable by radiograph.

**IMPRESSION:**

No fracture or malalignment.

Anterior plate screw fusion C5-C7 level with interposition disc graft at C5/C6 and C6/C7 level. Hardware is intact without hardware complication.

Remainder of the exam is unremarkable.

Radiologist:          Farhad Khorashadi, MD

Study ready at 09:09 and initial results transmitted at 17:04

J. SOUTHWICK, PA-C
HEALTH SERVICES
FCI SANDSTONE

XPK
3/5/18

**GOVERNMENT EXHIBIT**
**12**
20-CV-2532 (ECT/DTS)

USA_000667