MAIN RAD ANCILLARY  
400 E. 3RD ST  
DULUTH MN 55805-1951

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M  
Visit date: 9/11/2019

## 09/11/2019 - Ancillary Procedure in ESSENTIA HEALTH-DULUTH CLINIC RADIOLOGY

### Reason for Visit

**Visit Diagnosis**
- S/P cervical spinal fusion [Z98.1]

### Visit Information

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| ESSENTIA HEALTH-DULUTH CLINIC RADIOLOGY | 400 EAST THIRD STREET Duluth MN 55805 | 218-786-8160 | 218-786-3025 |

### Medication List

**Medication List**

This report is for documentation purposes only. The patient should not follow medication instructions within.  
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**amitriptyline (ELAVIL) 75 MG tablet**  
Instructions: Take 75 mg by mouth at bedtime.  
Authorized by: Abstract, Provider, MD  
Informant: Care Giver  
Ordered on: 10/17/2017

**acetaminophen (TYLENOL) 325 MG tablet**  
Instructions: Take 650 mg by mouth every six hours as needed for Pain. Limit acetaminophen to 4000 mg per day from all sources.  
Authorized by: Abstract, Provider, MD  
Ordered on: 11/22/2017

**acetaminophen-codeine (TYLENOL #3) 300-30 MG oral tablet**  
Instructions: Take 1-2 Tabs by mouth every four hours as needed (1 moderate pain and 2 severe pain >7/10). Limit acetaminophen to 4000 mg per day from all sources.  
Authorized by: Rose, Melissa A, APRN, CNP  
Ordered on: 11/30/2017  
Start date: 11/30/2017

**methocarbamol (ROBAXIN) 750 MG tablet**  
Instructions: Take 1 Tab by mouth every six hours as needed for Muscle Spasms.  
Authorized by: Rose, Melissa A, APRN, CNP  
Ordered on: 11/30/2017  
Start date: 11/30/2017

**Stopped in Visit**  
None

### Imaging

**Imaging**

**XR CERVICAL SPINE 2 OR 3 VIEWS (Final result)**  
Electronically signed by: **Schick, Rose M, APRN, CNP on 09/11/19 1312**  Status **Completed**  
Mode: Ordering in Verbal with readback mode  Communicated by: Jukich, Karen E, CMA  
This order may be acted on in another encounter.  
Ordering user: Jukich, Karen E, CMA 09/11/19 0919  Ordering provider: Schick, Rose M, APRN, CNP  
Authorized by: Schick, Rose M, APRN, CNP  Ordering mode: Verbal with readback

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M

GOVERNMENT EXHIBIT  
13  
20-CV-2532 (ECT/DTS)

USA_000767

MAIN RAD ANCILLARY  
400 E. 3RD ST  
DULUTH MN 55805-1951  

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M  
Visit date: 9/11/2019  

## 09/11/2019 - Ancillary Procedure in ESSENTIA HEALTH-DULUTH CLINIC RADIOLOGY (continued)

### Imaging (continued)

Class: Imaging  
Lab status: Final result  
Diagnoses  
S/P cervical spinal fusion [Z98.1]  

Quantity: 1  
Instance released by: Jukich, Karen E, CMA 9/11/2019 9:21 AM  

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | f/u cervical spinal fusion |

Order comments: Ap and lateral

#### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Was CR used for the exam? | No | |
| Patient verified with two identifiers? | Yes | |
| Person Holding Patient: | | |
| Name of EMP holding? | | |
| Confirm Resource: | MAIN 5TH FL XR RM 1 | |
| Did you shield patient? | Yes | |
| Should the professional charge be removed from this exam? | | |
| Should the technical charge be removed from this exam? | | |
| Should the exam be finalized WITHOUT a radiologist interpretation? | | |

### XR Cervical Spine 2 or 3 Views

Resulted: 09/11/19 1910, Result status: Final result

Ordering provider: Schick, Rose M, APRN, CNP 09/11/19 0921  
Resulted by: Fox, Tammy M, MD  

Performed: 09/11/19 0924 - 09/11/19 0932  
Resulting lab: POWERSCRIBE  
Narrative:  
This document is currently in Final Status  

Order status: Completed  
Filed by: Interface, Essentia Incoming Radiology Results 09/11/19 1915  
Accession number: 12563361  

Exam Accession# 12563361

XR CERVICAL SPINE 2 OR 3 VIEWS

HISTORY: F/U cervical spinal fusion.

COMPARISON: 01/02/2018.

FINDINGS: The prevertebral soft tissues are within normal limits. Anterior cervical discectomy and fusion extends from C5 to C7. Intervertebral spaces are in place and there is progressive fusion at the surgical site. Overall straightening of the upper cervical spine, which is unchanged. Mild disc space narrowing at the C4-C5 level, with anterior spurring, and also uncovertebral spurring, which is similar.

IMPRESSION: Satisfactory appearance of the anterior fusion from C5 to C7. Straightening of the upper cervical spine, which is unchanged.

Dictated By: Tammy Fox, MD 9/11/2019 10:10 AM  
Edited By: SH 9/11/2019 10:28 AM  

Electronically Signed: Tammy Fox, MD 9/11/2019 7:10 PM

Acknowledged by: Schick, Rose M, APRN, CNP on 09/12/19 0722

---

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M  

USA_000768

MAIN RAD ANCILLARY  
400 E. 3RD ST  
DULUTH MN 55805-1951  

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M  
Visit date: 9/11/2019  

**09/11/2019 - Ancillary Procedure in ESSENTIA HEALTH-DULUTH CLINIC RADIOLOGY (continued)**

**Imaging (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **119 - Unknown** | POWERSCRIBE | Unknown | Unknown | 10/09/15 1018 - Present |

### Indications
S/P cervical spinal fusion [Z98.1 (ICD-10-CM)]

### Signed
Electronically signed by Fox, Tammy M, MD on 9/11/19 at 1910 CDT

### All Reviewers List
Schick, Rose M, APRN, CNP on 9/12/2019 07:22

USA_000769