| MAIN NEUROSURGERY | Mancini, Mario |
|---|---|
| 400 E. 3RD ST | MRN: 4989940, DOB: 2/23/1972, Sex: M |
| DULUTH MN 55805-1951 | Visit date: 9/11/2019 |

## 09/11/2019 - Office Visit in ESSENTIA HEALTH-DULUTH CLINIC NEUROSURGERY

### Reason for Visit

**Chief Complaint**
- Clinic Follow Up

**Visit Diagnoses**
- S/P C5-6 6-7 ACDF (primary) [Z98.1]
- Muscle weakness of right upper extremity [M62.81]

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Schick, Rose M, APRN, CNP | Schick, Rose M, APRN, CNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| ESSENTIA HEALTH-DULUTH CLINIC NEUROSURGERY | 400 EAST THIRD STREET Duluth MN 55805 | 218-786-3600 | 218-720-6032 |

**Level of Service**

| Level of Service |
|---|
| OFFICE CONSULTATION, LEVEL IV |

### Medication List

**Medication List**

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**amitriptyline (ELAVIL) 75 MG tablet**
Instructions: Take 75 mg by mouth at bedtime.
Authorized by: Abstract, Provider, MD          Ordered on: 10/17/2017
Informant: Care Giver

**acetaminophen (TYLENOL) 325 MG tablet**
Instructions: Take 650 mg by mouth every six hours as needed for Pain. Limit acetaminophen to 4000 mg per day from all sources.
Authorized by: Abstract, Provider, MD          Ordered on: 11/22/2017

**acetaminophen-codeine (TYLENOL #3) 300-30 MG oral tablet**
Instructions: Take 1-2 Tabs by mouth every four hours as needed (1 moderate pain and 2 severe pain >7/10). Limit acetaminophen to 4000 mg per day from all sources.
Authorized by: Rose, Melissa A, APRN, CNP          Ordered on: 11/30/2017
Start date: 11/30/2017

**methocarbamol (ROBAXIN) 750 MG tablet**
Instructions: Take 1 Tab by mouth every six hours as needed for Muscle Spasms.
Authorized by: Rose, Melissa A, APRN, CNP          Ordered on: 11/30/2017
Start date: 11/30/2017

**Stopped in Visit**
None

Mancini, Mario
MRN: 4989940, DOB: 2/23/1972, Sex: M

GOVERNMENT EXHIBIT
14
20-CV-2532 (ECT/DTS)

USA_000770

MAIN NEUROSURGERY
400 E. 3RD ST
DULUTH MN 55805-1951

Mancini, Mario
MRN: 4989940, DOB: 2/23/1972, Sex: M
Visit date: 9/11/2019

**09/11/2019 - Office Visit in ESSENTIA HEALTH-DULUTH CLINIC NEUROSURGERY (continued)**

**Medication List (continued)**

**Clinical Notes**

**Progress Notes**

Schick, Rose M, APRN, CNP at 9/11/2019 9:30 AM

**Neurosurgery Office Visit**
Essentia Health
9/11/2019
Rose M. Schick, APRN, CNP

Reason: follow up continued right arm weakness and numbness

Subjective

HPI: Mario Mancini is a 47 year old male who is here for evaluation of continued right arm weakness and numbness of his right hand. Mario has a history of C5-7 anterior cervical discectomy and fusion which was done by Dr. Broadway in November 2017. Mario returns stating that his right tricep has not improved since surgery. He had a repeat MRI in June of this year. After review of the MRI, his provider determined that he needed to be reevaluated in neurosurgery. Mario states he has some numbness of the the right pinky finger that extends up into his hand. This is also not improved since surgery. He occasionally has pain in his neck that will radiate into right shoulder. However, his biggest concern is the tricep weakness and numbness of his finger.

Activity: Ambulation

Occupation: Not Employed

Objective

There were no vitals filed for this visit.

Physical Exam:
APPEARANCE: alert and in no apparent distress.
NECK: ROM without restriction or pain.
MOTOR: Right tricep muscle 2+/5; remaining right arm strength 5/5. Left arm strength 5/5 throughout
oriented
EXTREMITIES: normal

Imaging: XRAY Cervical Spine -reviewed personally intact hardware without fractures, lucency around screws or migration of cage

MRI cervical spine: Area of fusion at C5-7 reveals patent foramen with no obvious compression of spinal nerves. There is disc herniation at C3-4 and C4-5. He has moderate left foraminal stenosis at C4-5 and

Mancini, Mario
MRN: 4989940, DOB: 2/23/1972, Sex: M

Page 10

Printed by 70498 at 9/27/19 8:53 AM

USA_000771

MAIN NEUROSURGERY  
400 E. 3RD ST  
DULUTH MN 55805-1951  

Mancini, Mario  
MRN: 4989940, DOB: 2/23/1972, Sex: M  
Visit date: 9/11/2019  

**09/11/2019 - Office Visit in ESSENTIA HEALTH-DULUTH CLINIC NEUROSURGERY (continued)**

**Clinical Notes (continued)**

bilateral foraminal stenosis at C3-4.

Assessment/Plan

(Z98.1) S/P C5-6 6-7 ACDF (primary encounter diagnosis)  
Plan: Mario is 22 months status post C5-7 ACDF with continued right tricep weakness and numbness of his finger and hand. He states this has not improved since surgery. Imaging does show some multilevel degeneration as noted above at C3-C5 but does not demonstrate foraminal stenosis which would explain his triceps weakness. At this time, it is unlikely that he will regain strength in the right tricep as a cervical fusion was performed for this symptom specifically. Numbness is also unlikely to improve at this point. This was communicated to the patient. He may do well with some physical therapy but it sounds like Sandstone correctional facility where he is currently housed does not currently have a contract with a physical therapist. We will discuss further with Dr. Jared Broadway. If Dr. Broadway has any further suggestions, will call the facility and communicate those suggestions to them. At this time no further follow-up unless new or worsening symptoms.

Rose M Schick, APRN, CNP

Electronically signed by Schick, Rose M, APRN, CNP at 9/11/2019 11:14 AM

USA_000772