| SSH RAD MRI | Mancini, Mario |
|---|---|
| 705 LUNDORFF DRIVE | MRN: 4989940, DOB: 2/23/1972, Sex: M |
| SANDSTONE MN 55072-5099 | Adm: 6/26/2019, D/C: 6/26/2019 |

### 06/26/2019 - E-MR WO in ESSENTIA HEALTH-SANDSTONE RADIOLOGY MRI (continued)

**Imaging (continued)**

Performed: 06/26/19 1400 - 06/26/19 1445
Resulting lab: POWERSCRIBE
Narrative:
This document is currently in Final Status

06/27/19 0855
Accession number: 12391343

*mancini, mario*
*# 11007-041*
*FCI SST*

Exam Accession# 12391343

MR CERVICAL SPINE WO CONTRAST

HISTORY: tricep weakness and s/p anterior cervical discectomy and C5-C7 fusion with EMG findings of moderate grade C7 radiculopathy;

FINDINGS:

There has been ACDF at C5-C6 and C6-C7. Vertebral body heights are unchanged. Alignment is normal. No suspicious marrow lesion is identified. Cervical cord shows normal signal and morphology.

C2-C3: Central canal and neural foramina are patent.
C3-C4: Posterior disc osteophyte complex, facet arthrosis, and uncovertebral hypertrophy. Mild to moderate right and mild left foraminal narrowing.
C4-C5: Posterior disc osteophyte complex, facet arthrosis, and uncovertebral hypertrophy. Mild canal narrowing. Mild to moderate left foraminal narrowing.
C5-C6: Osteophytic ridging. Mild canal narrowing. Uncovertebral hypertrophy and facet arthrosis. Moderate bilateral foraminal narrowing.
C6-C7: Osteophytic ridging. Mild canal narrowing. Uncovertebral hypertrophy and facet arthrosis. Mild bilateral foraminal narrowing.
C7-T1: Central canal and neural foramina are patent.

IMPRESSION: Multilevel spondylotic and postoperative changes.

Dictated By: Nicholas Milanovich 6/26/2019 4:18 PM
Edited By: TJ 6/26/2019 11:04 PM

Electronically Signed: Nicholas Milanovich 6/27/2019 8:50 AM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 119 - Unknown | POWERSCRIBE | Unknown | Unknown | 10/09/15 1018 - Present |

**Indications**
Weakness of both arms [R29.898 (ICD-10-CM)]

**Study Result**
This document is currently in Final Status

Exam Accession# 12391343

MR CERVICAL SPINE WO CONTRAST

HISTORY: tricep weakness and s/p anterior cervical discectomy and C5-C7 fusion with EMG findings of moderate grade C7 radiculopathy;

*[Stamp: J. SOUTHWICK, PA-C HEALTH SERVICES FCI SANDSTONE]*
*to PAC 6.27.19*

| Page 2 | Mancini, Mario | Printed by 70498 at 6/27/19 11:02 AM |
|---|---|---|
| | MRN: 4989940, DOB: 2/23/1972, Sex: M | |

**GOVERNMENT EXHIBIT 15**
20-CV-2532 (ECT/DTS)

| | |
|---|---|
| SSH RAD MRI<br>705 LUNDORFF DRIVE<br>SANDSTONE MN 55072-5099 | Mancini, Mario<br>MRN: 4989940, DOB: 2/23/1972, Sex: M<br>Adm: 6/26/2019, D/C: 6/26/2019 |

### 06/26/2019 - E-MR WO in ESSENTIA HEALTH-SANDSTONE RADIOLOGY MRI (continued)

Imaging (continued)

FINDINGS:

There has been ACDF at C5-C6 and C6-C7. Vertebral body heights are unchanged. Alignment is normal. No suspicious marrow lesion is identified. Cervical cord shows normal signal and morphology.

C2-C3: Central canal and neural foramina are patent.
C3-C4: Posterior disc osteophyte complex, facet arthrosis, and uncovertebral hypertrophy. Mild to moderate right and mild left foraminal narrowing.
C4-C5: Posterior disc osteophyte complex, facet arthrosis, and uncovertebral hypertrophy. Mild canal narrowing. Mild to moderate left foraminal narrowing.
C5-C6: Osteophytic ridging. Mild canal narrowing. Uncovertebral hypertrophy and facet arthrosis. Moderate bilateral foraminal narrowing.
C6-C7: Osteophytic ridging. Mild canal narrowing. Uncovertebral hypertrophy and facet arthrosis. Mild bilateral foraminal narrowing.
C7-T1: Central canal and neural foramina are patent.

IMPRESSION: Multilevel spondylotic and postoperative changes.

Dictated By: Nicholas Milanovich 6/26/2019 4:18 PM
Edited By: TJ 6/26/2019 11:04 PM

Electronically Signed: Nicholas Milanovich 6/27/2019 8:50 AM

**Signed**

Electronically signed by Milanovich, Nicholas J, MD on 6/27/19 at 0850 CDT