# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: 12/13/2017 11:29 | Provider: Mayer, Thomas MD | Unit: K15 |

Consultation - Initial visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Mayer, Thomas MD
   **Chief Complaint:** Post-operative Eval
   **Subjective:**  R cervical laminectomy/ACDF C5-6 and C6-7 on 26NOV.  Radicular pain was in remission prior to surgery.  Post op Sx's 16 days later included persistent hypoesthesia in R index finger and triceps weakness/atrophy.  Atrophy measured at 15 cm proximal to olecranon @ 36 cm[compared to L side @ 41 cm.]  Post op instructions as listed in MDS.  Follow up visit to neurosurgeon @ 6 weeks.
   **Pain:**  Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

   Neck pain, cervicalgia, 723.1 - Resolved - *Resolved with surgery NOV17*

   Nerve pain, neuralgia neuritis,  radiculitis, 729.2 - Resolved - *Resolved with neck surgery NOV17*

   Injury  muscle/fascia/tendon at shoulder/uppper arm, S46909S - Resolved - *Resolved with neck surgery NOV17*

**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/13/2017 | Counseling | Post-operative Care | Mayer, Thomas | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Mayer, Thomas MD on 12/13/2017 12:03
Requested to be cosigned by  Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Southwick, Jenefer PA-C.
Review documentation will be displayed on the following page.

Generated 12/13/2017 12:03 by Mayer, Thomas MD        Bureau of Prisons - SST        GOVERNMENT EXHIBIT 17   20-CV-2532 (ECT/DTS)        Page 1 of 1

USA_001064