## SST/Health Svc~ - CX~MANCINI, Mario 11007-041

**From:** SST/Health Svc~
**Date:** 10/18/2017
**Time:** 1:45 PM - 10/20/2017 1:45 PM
**Subject:** CX~MANCINI, Mario 11007-041
**Place:** EH St. Mary's Hospital 4th Street Entrance - Outpatient

NeuroSurgery
Dr. Broadway
Anterior Cervical Fusion of C5/6 to C6/7
Diagnosis: Cervical Stenosis
DOB: 02/23/72
Dr. Harvey approved 09/02/2017 90 days or first available
**H&P/NPO**
12:15 Depature
Fax H&P to **EH St. Mary's Pre-Procedure Assessment Shelly/Lisa/Kelly HUC  Fax #218-786-8227 T #218-786-5500**

GOVERNMENT EXHIBIT
18
20-CV-2532 (ECT/DTS)

USA_001074