# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: SST |
| Encounter Date: 08/31/2017 08:59 | Provider: Southwick, Jenefer PA-C | Unit: K15 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    Provider: Southwick, Jenefer PA-C

  **Chief Complaint:** Pain

  **Subjective:** Pt scheduled to review neurosurgery consult. Disucssed that no time line was recommended and there fore call placed to get more direct schedule for surgery. Pt states "he told me I needed this soon since it's been 52 days". He also stated he would only be out of work "1 week and could return to my desk job" after surgery. I have asked for clarification on his actual job duties at work for after surgery.

  **Pain:** Not Applicable

**OBJECTIVE:**

**ASSESSMENT:**

Neck pain, cervicalgia, 723.1 - Current

Nerve pain, neuralgia neuritis, radiculitis, 729.2 - Current

Injury muscle/fascia/tendon at shoulder/uppper arm, S46909S - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Neurosurgery | 12/30/2017 | 12/30/2017 | Routine | No | |

  **Subtype:**
    Neurosurgery
  **Reason for Request:**
    SCHEDULE FOR SURGERY FOR anterior cervical fusion of C5/6 to C6/7 due to documented HNP at those levels. Pt seen by neurosurgery for tricep weakness, paresthesias since about mid July. Initial symptoms began late June with no loss of strength or sensation noted until 7/20/17 evaluation. Awaiting line frame from neurosurgery as report not specific

**Disposition:**

  Follow-up at Sick Call as Needed
  Consultation Written

**Other:**

  pt wishes to proceed with surgery therefore will write consult however waiting on time line from neurosurgery group. Will update MDS to continue current restrictions as they were reported as improving his symptoms as of yesterday on morning rounds. Also will attempt to get better idea of exact job duties for after surgery

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

---

Generated 08/31/2017 09:28 by Southwick, Jenefer PA-C    Bureau of Prisons - SST    Page 1 of 2

**GOVERNMENT EXHIBIT 19** 20-CV-2532 (ECT/DTS)

USA_001080

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: WHITE | Facility: | SST |
| Encounter Date: | 08/31/2017 08:59 | Provider: | Southwick, Jenefer PA-C | Unit: | K15 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 08/31/2017 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Southwick, Jenefer PA-C on 08/31/2017 09:28
Requested to be cosigned by Harvey, Paul MD, RMD.
Cosign documentation will be displayed on the following page.