# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M | Race: WHITE |
| Encounter Date: 05/17/2010 10:55 | Provider: Albu-Gardner, Nikki MLP | Facility: MNA |

Chronic Care Visit (Not Assigned) encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Albu-Gardner, Nikki MLP

**Chief Complaint:**   NEUROLOGY

**Subjective:**   38 year old with h/o neuropathy of C-7 into right arm and 4th and 5th digits.  Also complaining of snoring, cellies are complaining.  He denies waking up out of breath, further denies waking up with headaches.

**Pain Location:**  Neck-Back

**Pain Scale:**  9

**Pain Qualities:**  Deep | Pins and Needles | Sharp | Stabbing

**History of Trauma:**   Yes

**When:** 2001

**Injury:** work related

**Mechanism:** overuse syndrome

**Onset:**  5+ Years

**Duration:**   1-5 Hours

**Exacerbating Factors:**   sleeping position

**Relieving Factors:**   medication

**Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/17/2010 | 11:18 MNA | 97.9 | 36.6 | | Albu-Gardner, Nikki MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/17/2010 | 11:18 | 57 | | | Albu-Gardner, Nikki MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/17/2010 | 11:18 MNA | 12 | Albu-Gardner, Nikki MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/17/2010 | 11:18 MNA | 128/78 | | | | Albu-Gardner, Nikki MLP |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 05/17/2010 | 11:18 MNA | 70.0 | 177.8 | Albu-Gardner, Nikki MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

GOVERNMENT EXHIBIT

20

20-CV-2532 (ECT/DTS)

USA_001199

| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
|---|---|---|---|---|

Inmate Name:   MANCINI, MARIO FERBO                                    Reg #:   11007-041
Date of Birth:   02/23/1972                    Sex:   M                 Race:   WHITE
Encounter Date: 05/17/2010 10:55               Provider:  Albu-Gardner, Nikki MLP   Facility:   MNA

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/17/2010 | 11:18 MNA | 230.0 | 104.3 | | Albu-Gardner, Nikki MLP |

## Exam:
### General
#### Appearance/Nutrition
Appears Well (yes), NAD (yes)
### Pulmonary
#### Auscultation
Clear to Auscultation Bilaterally (yes)
### Cardiovascular
#### Auscultation
Regular Rate and Rhythm (RRR) (yes), Normal S1 and S2 (yes), M/R/G (no), S3 (no), S4 (no)
### Peripheral Vascular
#### General
Varicosities (no), Pitting Edema (no), Hyperpigmentation (no)
### Abdomen
#### Palpation
Soft (yes), Non-tender on Palpation (yes), Guarding (no), Rigidity (no)
### Neurologic
#### Motor System-General
Normal Exam (yes), Normal Muscular Bulk (yes), Normal Muscular Tone (yes), Atrophy (no), Wasting (no)
#### Motor System-Strength
Normal Muscular Strength (yes), Weakness (no)
#### Strength-Biceps Flexion C5/C6
5-Normal Muscle Strength (yes)
#### Strength-Triceps Extension C6/C7/C8
5-Normal Muscle Strength (yes)
#### Strength-Wrist Extension C6/C7/C8 &Radial Nerve
5-Normal Muscle Strength (yes)
#### Grip Strength C7/C8/T1
5-Normal Muscle Strength (yes)
#### Strength-Finger Abduction C8/T1 & Ulnar Nerve
5-Normal Muscle Strength (yes)
#### Strength-Thumb Opposition C8/T1 & Medial Nerve
5-Normal Muscle Strength (yes)
#### Trunk Musculature Strength
5-Normal Muscle Strength (yes)

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Neuralgia neuritis, radiculitis, neuropathic pain | 729.2 | Current | 11/12/2009 | Not Improved/Same | Chronic |
| **Health Problem Comments:** work-related injury to neck | | | | | |
| Axis I: Unspecified schizophrenia | 295.9 | Current | 11/12/2009 | Improved | Chronic |
| Axis II: Deferred | Axis II: Deferred | Current | 01/18/2010 | Treatment Goal Attained | Chronic |

USA_001200

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | | Race: | WHITE |
| Encounter Date: | 05/17/2010 10:55 | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Axis IV: Psychosocial and environmental problems | Axis IV | Current | 01/18/2010 | Treatment Goal Attained | Chronic |
| Axis V: GAF 51 - 70 | G3 | Current | 01/18/2010 | Improved | Chronic |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 05/17/2010 10:55 | 600 mg Orally  -three times a day x 180 day(s) |

   **Indication:** Neuralgia neuritis,  radiculitis, neuropathic pain

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 36778-MNA | Gabapentin 400 MG CAP | 05/17/2010 10:55 | Take two capsules three times daily with 300mg tab (total dose = 1100 mg tid) ***pill line*** **crush/empty** x 180 day(s) Pill Line Only |

   **Indication:** Neuralgia neuritis,  radiculitis, neuropathic pain

| 36780-MNA | Gabapentin 600 MG Tab | 05/17/2010 10:55 | Take one-half (1/2) tablet three times daily with 800 mg tab ( total dose = 1100 mg) ***pill line*** **crush/empty** x 180 day(s) Pill Line Only |
|---|---|---|---|

   **Indication:** Neuralgia neuritis,  radiculitis, neuropathic pain

| 36718-MNA | Risperidone 2 MG Tab | 05/17/2010 10:55 | Take one tablet by mouth at bedtime ***pill line*** x 180 day(s) Pill Line Only |
|---|---|---|---|

   **Indication:** Axis I:  Unspecified schizophrenia

## Disposition:

   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed

## Other:

   Patient is stable on the current medication regime, discussed diagnosis and prognosis.
   x-rays reveal mild degenerative joint disease.
   CT was done approximately 1 month ago and results not available.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/17/2010 | Counseling | Access to Care | Albu-Gardner, Nikki | Verbalizes Understanding |
| 05/17/2010 | Counseling | Plan of Care | Albu-Gardner, Nikki | Verbalizes Understanding |

USA_001201

| Inmate Name: | MANCINI, MARIO FERBO | | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|---|

Inmate Name:   MANCINI, MARIO FERBO                                              Reg #:   11007-041
Date of Birth:   02/23/1972                        Sex:   M                      Race:   WHITE
Encounter Date:  05/17/2010 10:55                  Provider:  Albu-Gardner, Nikki MLP    Facility:   MNA

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No


Completed by Albu-Gardner, Nikki MLP on 05/17/2010 11:57

Requested to be cosigned by  Toledo, Ernesto MD.

Cosign documentation will be displayed on the following page.

Inmate Name:   MANCINI, MARIO FERBO                                              Reg #:   11007-041
Date of Birth:   02/23/1972                        Sex:   M                      Race:   WHITE
Encounter Date:  05/17/2010 10:55                  Provider:  Albu-Gardner, Nikki MLP    Facility:   MNA

USA_001202