# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Note Date: | 04/26/2010 16:38 | Provider: | Hassan, D. MLP | Facility: | MNA |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Hassan, D. MLP

received MRI results ;mild to moderate cervical spondylosis with multilevel disc degeneration ;suspected osteophyte disc complexes at C 5-6 and to a greater degree at C 6-7 extending towards the right and associated with neural foraminal encroachment at both levels

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Hassan, D. MLP on 04/26/2010 16:52

Generated 04/26/2010 16:52 by Hassan, D. MLP          Bureau of Prisons - MNA          **GOVERNMENT EXHIBIT 21** 20-CV-2532 (ECT/DTS)          Page 1 of 1

USA_001204