# Bureau of Prisons
# Health Services
# Health Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: | WHITE |
| Encounter Date: | 12/02/2009 09:38 | Provider: Ryle, Gretchen RN | Facility: | MNA |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin V | Rash | 11/12/2009 |

   **Comments**

**Tuberculosis:**

   **When Last PPD:** < 1 year
   **Last PPD Result:** Negative
   **Hx of Previous Disease:** No
   **Blood-tinged Sputum:** No
   **Night Sweats:** No
   **Weight Loss:** No
   **Fever:** No
   **Cough:** No
   **Comments:**

**Infectious Disease Risk Factors:**

   **IV Drug Use:** No
   **IV Drug Use Needles:**
   **Sexual Partner IV Drug Use:** No
   **Sexual Partner IV Drug Use Needles:**
   **Female Sexual Partners (Last 5 Yrs):** None
   **Male Sexual Partners (Last 5 Yrs):** None
   **Condom Use:** Sometimes
   **Sexual Contact With HIV+ Individual:** No
   **Blood Product Transfusion:** No
   **Travel Outside US:** No
   **Tattoos:** Yes
   **Comments:** tattoos from prison

GOVERNMENT EXHIBIT 23  20-CV-2532 (ECT/DTS)

USA_001226

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/02/2009 09:38 | Provider: | Ryle, Gretchen RN | Facility: | MNA |

**HIV History:**

   **When Tested:** 2004
   **Test Result:** Negative
   **When Diagnosed AIDS:**
   **Last CD4:**
   **Comments:**

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

   **Physical:** No

   **Emotional:** No

   **Sexual:** No

   **Comments:** refuses to answer, states yes but "does not want to get into it."

**Mental Health:**

   **Level of Consciousness:** Alert and Oriented
   **Psychomotor Activity:** Normal
   **General Appearance:** Normal
   **Behavior:** Cooperative
   **Mood:** Appropriate to Content
   **Thought Process:** Goal Directed
   **Thought Content:** Normal
   **Hx of Mental Health Treatment:** None
   **Hx of Head Injury:** With Sequelae
   **Current Mental Health Treatment:** No
   **Current Mental Health Complaint:** No
   **Hx of Loss of Consciousness:** Yes
   **Past History of Suicide Attempt:** No
   **Current Suicide Ideation:** No
   **Suicide Prevention Initiated:** No
   **Comments:** Inmate states "I got hit in the jaw with a baseball bat in 1990 and i have steel plates in my jaw."

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Methamphetamine** | > 5 years | > 1 X per week | Smoked | | |

   **Hx of Withdrawal Symptoms:**
   **Comments:**

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/02/2009 09:38 | Provider: | Ryle, Gretchen RN | Facility: | MNA |

**Current Painful Condition:**

Location: Inmate states " in state prison they knew i needed a disk removed from my neck put it off; said the feds have unlimited resources so have it done there; they put me on vicodin.

**Pain Interventions:**

| Date | Intervention | Pain Quality | Location | Pre |
| --- | --- | --- | --- | --- |
| 12/02/2009 09:43 | ibuprofen 800mg po | Pins and | Back-Upper | 7 |

**Other Health Issues:**

  **Current Medical Conditions:**

  **Other Current Treatments:**

**Pregnant:** N/A

**Dental Assessment:** Denied

**Observations:**

  **Draining Skin Lesions:** No
  **Signs of Lice:** No
  **Signs of Scabies:** No
  **Signs of Recent Trauma:** No
  **Recent Tattoos:** No
  **Needle Marks:** No
  **Signs of Rash:** No
  **Open Sores:** No
  **Wounds:** No
  **Body Deformities:** No
  **Tremors:** No
  **Sweating:** No
  **Comments:** denies

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
| --- | --- | --- | --- | --- | --- |
| 12/02/2009 | 09:49 MNA | 97.6 | 36.4 | Oral | Ryle, Gretchen RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
| --- | --- | --- | --- | --- | --- |
| 12/02/2009 | 09:49 | 77 | Via Machine | Regular | Ryle, Gretchen RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
| --- | --- | --- | --- |
| 12/02/2009 | 09:49 MNA | 16 | Ryle, Gretchen RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
| --- | --- | --- | --- | --- | --- | --- |
| 12/02/2009 | 09:49 MNA | 112/73 | Left Arm | Sitting | Adult-regular | Ryle, Gretchen RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
| --- | --- | --- | --- | --- |

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/02/2009 09:38 | Provider: | Ryle, Gretchen RN | Facility: | MNA |

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/02/2009 | 09:49 MNA | 68.0 | 172.7 | Ryle, Gretchen RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/02/2009 | 09:49 MNA | 225.0 | 102.1 | | Ryle, Gretchen RN |

**Prosthetic Devices/Equipment:** Denied

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider | Priority |
|---|---|---|---|
| PPD Administration | 10/10/2010 | Nurse | Normal |

**Potential Items For Follow-up:**

| Item |
|---|
| Allergy - Penicillin V |
| Tattoos |
| History of Loss of Consciousness |
| Substance Abuse History |
| Current Painful Condition |
| PPD Administration Not Performed |

**Cleared For Food Services:** Yes

**Health Problems Newly Identified During This Encounter:**

| Type | Health Problem | Status |
|---|---|---|

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 46720-TAL | Amitriptyline 25 MG Tab UD | 12/02/2009 09:38 | Take one tablet by mouth at bedtime for pain **crush/empty** x 90 day(s) |

**Indication:** Neuralgia neuritis, radiculitis, neuropathic pain

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/02/2009 09:38 | Provider: | Ryle, Gretchen RN | Facility: | MNA |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| 46721-TAL | Gabapentin 300 MG CAP | 12/02/2009 09:38 | \*\*crush/empty\*\* Take one capsule by mouth three times a day with 800 mg tablet x 90 day(s) |
| | **Indication:** Neuralgia neuritis, radiculitis, neuropathic pain | | |
| 46722-TAL | Gabapentin 800 MG TAB | 12/02/2009 09:38 | \*\*crush/empty\*\* Take one tablet by mouth three times a day (total dose 1100 mg) for pain x 90 day(s) |
| | **Indication:** Neuralgia neuritis, radiculitis, neuropathic pain | | |
| 46723-TAL | Ibuprofen 800 MG Tab | 12/02/2009 09:38 | Take one tablet by mouth three times daily with food x 90 day(s) |
| | **Indication:** Neuralgia neuritis, radiculitis, neuropathic pain | | |
| 46724-TAL | Risperidone 4 MG Tab UD | 12/02/2009 09:38 | Take one-half tablet (2 mg) by mouth at bedtime x 90 day(s) |
| | **Indication:** Axis I: Unspecified schizophrenia | | |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No                **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes       **By:** Negron, Ivan L MD
**Telephone or Verbal order read back and verified.**
Completed by Ryle, Gretchen RN on 12/02/2009 09:53
Requested to be cosigned by Negron, Ivan L MD.
Cosign documentation will be displayed on the following page.

USA_001230