# Bureau of Prisons
# Health Services
# History & Physical

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: Githens, M. MLP | Facility: | TAL |

**Seizures:** Denied

**Diabetes:** Denied

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:** Denied

**Respiratory:** Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin V | Rash | 11/12/2009 |

 **Comments**

**Tuberculosis:**

 **When Last PPD:** < 1 year
 **Last PPD Result:** Negative
 **Hx of Previous Disease:** No
 **Blood-tinged Sputum:** No
 **Night Sweats:** No
 **Weight Loss:** No
 **Fever:** No
 **Cough:** No
 **Comments:**

**Infectious Disease Risk Factors:**

 **IV Drug Use:** No
 **IV Drug Use Needles:**
 **Sexual Partner IV Drug Use:** No
 **Sexual Partner IV Drug Use Needles:**
 **Female Sexual Partners (Last 5 Yrs):** None
 **Male Sexual Partners (Last 5 Yrs):** None
 **Condom Use:** Sometimes
 **Sexual Contact With HIV+ Individual:** No
 **Blood Product Transfusion:** No
 **Travel Outside US:** No
 **Tattoos:** Yes
 **Comments:** tattoos from prison

GOVERNMENT EXHIBIT 24 20-CV-2532 (ECT/DTS)

USA_001236

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**HIV History:**

  **When Tested:** 2004

  **Test Result:** Negative

  **When Diagnosed AIDS:**

  **Last CD4:**

  **Comments:**

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

  **Physical:** No

  **Emotional:** No

  **Sexual:** No

  **Comments:** refuses to answer, states yes but "does not want to get into it."

**Mental Health:**

  **Level of Consciousness:** Alert and Oriented

  **Psychomotor Activity:** Normal

  **General Appearance:** Normal

  **Behavior:** Cooperative

  **Mood:** Appropriate to Content

  **Thought Process:** Goal Directed

  **Thought Content:** Normal

  **Hx of Mental Health Treatment:** Outpatient Only/Therapy Only

  **Hx of Head Injury:** With Sequelae

  **Current Mental Health Treatment:** Yes

  **Current Mental Health Complaint:** Yes

  **Hx of Loss of Consciousness:** No

  **Past History of Suicide Attempt:** No

  **Current Suicide Ideation:** No

  **Suicide Prevention Initiated:** No

  **Comments:** depression

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| **Methamphetamine** | > 5 years | > 1 X per week | Nasal | | |

  **Hx of Withdrawal Symptoms:**

  **Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: Githens, M. MLP | Facility: | TAL |

**Current Painful Condition:**
   **Location:** chronic neck pain, right 5th finger numb due to neck per patient

**Other Health Issues:**
   **Current Medical Conditions:**
   **Other Current Treatments:**

**Pregnant:** N/A

**Dental Assessment:** Denied

**Observations:**
   **Draining Skin Lesions:** No
   **Signs of Lice:** No
   **Signs of Scabies:** No
   **Signs of Recent Trauma:** No
   **Recent Tattoos:** No
   **Needle Marks:** No
   **Signs of Rash:** No
   **Open Sores:** No
   **Wounds:** No
   **Body Deformities:** No
   **Tremors:** No
   **Sweating:** No
   **Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 98.3 | 36.8 | Oral | Githens, M. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 80 | Apical | Regular | Githens, M. MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 18 | Githens, M. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 111/68 | Right Arm | Sitting | Adult-regular | Githens, M. MLP |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 68.0 | 172.7 | Githens, M. MLP |

**Weight:**

USA_001238

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/27/2009 | 12:00 TAL | 220.0 | 99.8 | | Githens, M. MLP |

**Prosthetic Devices/Equipment:** Denied

**Tobacco Usage:** Denied

**Immunization History:**
  Tetanus:
    **Td Series:** Completed
    **Last Booster:** 1999
  MMR:
    **Series:** Unknown
    **Last Booster:**
  Other Immunizations:
    **Hepatitis A Series:** Unknown
    **Hepatitis B Series:** Unknown
    **Varicella Series:** Unknown
    **Small Pox:** Unknown
    **Last Pneumovax:**
    **Last Influenza:**

**Family History - Father:**
  Age at Death: 73
  Cause of Death: lung cancer
  Significant Illnesses:

  Comments:
**Family History - Mother:**
  Age at Death:
  Cause of Death:
  Significant Illnesses:
    Hypertension
  Comments:
**Family History - Sibling:**
  Number of Siblings: 8
  Significant Illnesses:

  Comments:
**ROS:**
  Musculoskeletal
    General
      Muscle Aches (yes), Neck Pain (yes), Stiffness (yes)

| Generated 11/30/2009 07:05 by Githens, M. MLP | Bureau of Prisons - TAL | Page 4 of 10 |
|---|---|---|

USA_001239

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**ROS:**

**Head:**

  **Normal:** Yes

  **Comments:**

**Eyes:**

  **EOMI:** Yes

  **Icterus:** No

  **Conjunctival Inflammation:** No

  **Pupils PERRLA:** Yes

  **Pupil Size Rt:**

  **Pupil Size Lt:**

  **Pupils Comments:**

  **Fundi Vessels Nicking:** No

  **Fundi Vessels Discs Flat:** Yes

  **Fundi Vessels Discs Sharp Margins:** Yes

  **Fundi Vessels Grounds Abnormal:** No

  **Eyes Comments:**

**Vision Screen**    11/30/2009 06:53

  **Blindness:**                                                             **With Corrective**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Distance** | OD: 200 | OS: 200 | OU: | OD: | OS | OU: |
| **Near Vision:** | OD: | OS: | OU: | OD: | OS: | OU: |

  **Ishihara Color Test:** Normal

  **Tonometry:** L:        R:

  **Comments:**

**Ears:**

  **Right Ear:** Canal patent

  **Left Ear:** Canal patent

  **Ears Comments:**

**Nose:**

  **Nares Patent:** Yes

  **Septum Midline:** Yes

  **Septum Intact:** Yes

  **Drainage/Discharge:** No

  **Polyps:** No

  **Nose Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**Mouth**

    **Lesions:** No

    **Oral/Buccal Mucosa:** Yes

    **Gums Normal:** Yes

    **Tonsils Present:** Yes

        **Tonsils Normal:** Yes

    **Pharynx:** Normal Color

    **Teeth Poor Dentition:** No

    **Teeth Count:** Mostly Present

    **Dentures:** No

    **Mouth Comments:**

**Cranial Nerves:**

    **Intact II-XII:** Yes

    **Cranial Nerves Comments:**

**Neck:**

    **Full ROM:** No

    **Masses/Nodes:** No

    **Trachea:** Midline

    **Thyroid:** Normal Size

    **Comments:** marked tenderness posterior cervical, straightening of cervical lordosis, holds neck stiffly

**Breasts:**

    **Normal:** Yes

    **Masses:** No

    **Tenderness:** No

    **Scars:** No

    **Dimpling:** No

    **Nipple Discharge:** No

    **Nipple Retraction:** No

    **Instructions for Self Breast Exam Given:** No

    **Comments:**

USA_001241

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**Thorax:**

  **Contour Normal:** Yes

    **Increased AP Diameter:** No

    **Asymmetrical Expansion:** No

  **Lungs Clear:** Yes

    **Wheezes:** No

    **Crackles:** No

    **Rhonchi:** No

    **Rales:** No

    **Accessory Muscle Use:** No

  **Comments:**

**Spine:**

  **Deformity:** No

  **Full ROM:** Yes

  **Tenderness:** Yes

  **Comments:** diffuse tenderness along length of spine

**Cardiovascular:**

  **RRR:** Yes

  **Normal S1/S2:** Yes

  **Murmurs:** No

  **Carotid Bruits:** No

  **JVD:** No

  **Arteries:**　　　　　**Right**　　　　**Left**

    **Radial:**

    **Femoral:**

    **Dorsalis Pedis:**

    **Post. Tibialis:**

  **Comments:**

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**Abdomen:**

    **Normal Contour:** Yes
    **Scaphoid:** No
    **Obese:** No
    **Gravid:** No
    **Hernias:** No
    **Bruits:** No
    **Masses:** No
    **Scars:** No
    **Tenderness:** No
    **Organomegaly:** No
    **Active Bowel Sounds:** Yes
    **Comments:**

**Extremities:**

    **Nails Clubbing:** No
    **Nails Cyanosis:** No
    **Lower Extremity Edema - Right:** None
    **Lower Extremity Edema - Left:** None
    **Atrophy:** No
    **Amputations:** No
    **Other Deformities:** No
    **Varicosities:** No
    **Calf Tenderness:** No
    **Pulse Deficit:** No

| Strength: | Right | Left |
|---|---|---|
| Arm: | | |
| Leg: | | |
| **Full ROM:** | **Right** | **Left** |
| Arm: | Yes | Yes |
| Leg: | Yes | Yes |
| Comments: | | |

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**Reflexes:**

<u>Right</u>     <u>Left</u>

**Biceps:**
**Patellar:**
**Brachioradialis:**
**Achilles:**

**Sensation:**

**Vibratory:** Yes
**Light Touch:** Yes
**Pin Prick:** Yes

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** deferred at patient's request

**Male Genitalia: Not Done**

**Comments:** deferred at patient's request, self-examination reviewed with patient who expressed knowledge of procedure and importance of regular exams

**Skin:**

**Normal:** Yes
**Rash:** No
**Redness:** No
**Abnormal Pigmentation:** No
**Abnormal Lesions/Growths:** No
**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider | Priority |
|---|---|---|---|
| PPD Administration | 10/10/2010 | Nurse | Normal |

**Potential Items For Follow-up:**

<u>Item</u>

Allergy - Penicillin V
Tattoos

| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
|---|---|---|---|---|---|
| Date of Birth: | 02/23/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/27/2009 13:33 | Provider: | Githens, M. MLP | Facility: | TAL |

**Item**

Current Mental Health Complaint

Current Mental Health Treatment

Substance Abuse History

Current Painful Condition

Neck - Full ROM

Spine Tenderness

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed

**Cleared For Food Services:** Yes

**Health Problems Newly Identified During This Encounter:**

| Type | Health Problem | Status |
|---|---|---|

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 11/27/2009 13:33 | two tabs Orally -Two Times a Day PRN x 7 day(s) Pill Line Only -- for neck pain |

**Indication:** Neuralgia neuritis, radiculitis, neuropathic pain

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Cervical-4 View AP/Lat/Flex/Ext | One Time | | 12/03/2009 | Routine |

**Specific reason(s) for request (Complaints and findings):**

multiple year hx of chronic cervical pain and spasms

**Other:**

will forward information re: X-ray request to patient's designated facility (Marianna) in case he leaves here prior to having it completed.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Githens, M. MLP on 11/30/2009 07:05
Requested to be cosigned by Carbonell, Efren MD CD.
Cosign documentation will be displayed on the following page.

USA_001245