

# AIRIS OPEN MRI OF MARIANNA

## Radiological Consultation Report

**Patient:** Mancini, Mario  *11007-041*
**DOB:** 02/23/1972
**Study:** CT Scan of the Cervical Spine
**Date of Study:** March 26, 2010
**Referred by:** Ivan Negron, MD

**History:** Neck pain with right upper extremity radiculopathy.

**Procedure:** Imaging extends from the skull base to the upper thorax. Bone and soft tissue windows are included along with sagittal reconstructions.

**Findings:** Vertebral body heights are maintained. There is slight straightening of the normal cervical curvature. Disc space narrowing appears to be present at most levels. Marginal osteophytes are also present at most levels. Findings are more pronounced at C5-6 and C6-7 and to a lesser degree at C4-5. Prominent osteophyte formation is noted at C5-6 towards the right associated with neural foraminal encroachment. There is also prominent osteophyte formation at C6-7 towards the right also associated with neural foraminal encroachment. The findings likely represent chronic osteophyte disc complexes. A mild spinal stenosis appears to be present at C6-7 along the right half of the central canal. The paraspinal soft tissues are unremarkable. The thyroid lobes are symmetrical.

**Impression:**

1. Perhaps mild to moderate cervical spondylosis with multilevel disc degeneration noted.

*D. Hassan MLP*
*04-26-10*

D. HASSAN, MLP
FCI Marianna

3015 Jefferson Street, Suite E • Marianna, Florida 32446 • (850) 526-2496 • Fax (850) 526-3853

GOVERNMENT EXHIBIT 25
20-CV-2532 (ECT/DTS)

USA_001284

Mancini, Mario
DOB: 02/23/1972
Study:   CT Scan of the Cervical Spine
Date of Study:  March 26, 2010
Page 2

2. Suspected osteophyte disc complexes at C5-6 and to a greater degree at C6-7 extending towards the right and associated with neural foraminal encroachment at both levels.

*[signature]*

John Tomberlin, M.D.
Date of Study: March 26, 2010
Transcribed on Monday, March 29, 2010/mts

Didams an MLP
04-26-10 received

D. HASSAN, MLP
FCI Marianna

3015 Jefferson Street, Suite E • Marianna, Florida 32446 • (850) 526-2496 • Fax (850) 526-3853

USA_001285