BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Health Services / Toledo / Hassan | 6/16/2010 |
| FROM: Mario Mancini | REGISTER NO.: 11007-041 |
| WORK ASSIGNMENT: EDU | UNIT: Mohawk-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

This is another request for Clearance for a second Mattress. Please refer to my M.R.I results. I am getting little sleep, numb Hand, pain in Neck (R) Shoulder & tricep, forearm. I am suffering.

(Do not write below this line)

DISPOSITION:

7/8
We can't give second mattress
Medical does not issue mattresses
D. HASSAN, MLP  Hassan MLP
FCI Marianna      7/9/10

Signature Staff Member   PAM SMITH        Date
Pam Smith              Allied Health Tech       6/18/10
                       FCI Marianna, FL

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                             and BP-S148.070 APR 94

GOVERNMENT EXHIBIT 26 20-CV-2532 (ECT/DTS)

USA_001386