**REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE  FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Health Serv. Mrs. Hassan | DATE: 6-1-2010 |
|---|---|
| FROM: Mario Mancini | REGISTER NO.: 11007-041 |
| WORK ASSIGNMENT: Education | UNIT: Mohawk-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am in pain. My neck and shoulder are throbbing, there is a shooting pain going through my shoulder, tricep and forearm. My pinky and ring finger go numb frequently. I would also like to know the results of my imagining exam from March. Please get me in this week.

Thank You

(Do not write below this line)

DISPOSITION: 6/7

appt. 6/17

Signature Staff Member: Pam Smith, Allied Health Tech, FCI Manasha

Date: 6/2/10

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

GOVERNMENT EXHIBIT 27  20-CV-2532 (ECT/DTS)

USA_001389