# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 | |
| Date of Birth: 02/23/1972 | Sex: M  Race: WHITE | Facility: ELK | |
| Encounter Date: 09/23/2011 14:55 | Provider: Lepiane, R. MD | Unit: F06 | |

Follow-up encounter performed at Health Services.

**SUBJECTIVE:**
    **COMPLAINT   1**    **Provider:** Lepiane, R. MD
      **Chief Complaint:** GENERAL
      **Subjective:** Problems: #1 Chronic neck since 1996 # 2 possible right cervical radiculopathy #3 Chronic Right knee S/P surgery in 2002 # 4 Borderline hyperlipidemia
He need a lower bunk pass He continue to complain of neck pain 7/10 and right knee pain 6/10 He denies any chest pain No S.O.B. No pedal edema No heartburn symptoms  No other joint pains No lower back pains no skin pronblems
      **Pain Location:** Neck-Back
      **Pain Scale:** 7
      **Pain Qualities:** Dull | Aching
      **History of Trauma:**
      **Onset:** 5+ Years
      **Duration:** 5+ Years
      **Exacerbating Factors:** he also has right knee pain 6/10
      **Relieving Factors:**
      **Comments:**

**ROS:**
    **General**
      **Constitutional Symptoms**
        No: Chills, Fever, Night Sweats, Unexplained Weight Loss, Weakness
    **GI**
      **General**
        Yes: Normal
        No: Constipation, Diarrhea, Dyspepsia, Nausea, Vomiting

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/23/2011 | 15:02 ELK | 58 | Via Machine | Regular | Lepiane, R. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/23/2011 | 15:02 ELK | 18 | Lepiane, R. MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/23/2011 | 15:02 ELK | 124/76 | Left Arm | Sitting | Adult-large | Lepiane, R. MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/23/2011 | 15:02 ELK | 98 | Room Air | Lepiane, R. MD |

**Exam:**
    **General**

GOVERNMENT EXHIBIT 28  20-CV-2532 (ECT/DTS)

USA_001417

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | | Facility: ELK |
| Encounter Date: 09/23/2011 14:55 | Provider: Lepiane, R. MD | | Unit: F06 |

**Exam:**
   **Appearance/Nutrition**
      Yes: Appears Well, NAD, Alert and Oriented x 3
   **Skin**
      No skin rashes or lesions
   **Head**
      H.E.E.N.T------ Normal
   **Neck**
    **General**
      Yes: Supple
      No: Lymphadenopathy
    **Musculoskeletal**
      Yes: Full ROM, Tenderness, Paravertebral Tenderness on Palpation
      No: Muscle Spasms, Midline Tenderness on Palpation

      He has moderate neck pains with movement He has right and left paravertebral tenderness C4 to C7 area R >L No point vertebral tenderness

   **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation Bilaterally
      No: Rhonchi, Wheezing
   **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR)
      No: M/R/G
   **Peripheral Vascular**
    **General**
      No: Pitting Edema
   **Abdomen**
    **Palpation**
      Yes: Soft, Non-tender on Palpation
   **Musculoskeletal**

      Right knee --- full ROM no swelling no effusion No laxity No locking He has crepitus and mild to moderate pain with movemnet There is no localized tenderness
      No other joint pains swelling or tenderness
      Lower Back ---- full ROM No pains

   **Neurologic**

      He has a slightly decreased right hand grasp 4+/5 His Strength otherwise 5/5 throughout
      He has numbness in his right hand 4th and 5th fingers He has pain radiating into his right posterior shoulder down into the triceps area of right upper arm and extending to his right forearm suggestive of a possible right cervical radiculopathy

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Neck pain, cervicalgia | 723.1 | Current | 08/18/2011 | Not Improved/Same | Chronic |

   **Health Problem Comments:**

      chronic neck pain
      His CT scan of his neck shows marginal,osteophytes He has prominent osteophyte formation at right C5-6 and right C6-7 associated with neural foraminal encroachment

   **Diagnosis Comments:**
      Continue his Cabapentin 1100 mg twice a day and motrin as needed for pain

USA_001418

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: WHITE | Facility: | ELK |
| Encounter Date: | 09/23/2011 14:55 | Provider: | Lepiane, R. MD | Unit: | F06 |

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| He was give a soft cervial collar to use at night | | | | | |
| No extra pillow | | | | | |
| Other and unspecified hyperlipidemia | 272.4 | Current | 08/18/2011 | At Treatment Goal | Chronic |

**Health Problem Comments:**
  borderline hyperlipidemia LDL = 130 in March 2011
  Repeat a lipid profile in Oct 2011
  No med at this time
**Diagnosis Comments:**
  Borderline His LDL= 130 in march 2011
  He is just at goal  No meds currently

| Enthesopathy of knee, unspecified | 726.60 | Current | 08/18/2011 | Not Improved/Same | Chronic |
|---|---|---|---|---|---|

**Health Problem Comments:**
  right knee
  Right knee surgery in 2002 for damage to his patella tendon
**Diagnosis Comments:**
  persistent right knee painsXray of his rght knee shows mild DJD he ha thicken of his quadreceops tendon
  Continue quap strengthening exercises and motrin as needed for pain

| Axis I: Schizophrenia | 295.9 | Resolved | 04/08/2011 | At Treatment Goal | History/Resolved |
|---|---|---|---|---|---|

**Diagnosis Comments:**
  remains in remission No psych meds

| Hyperpotassemia | 276.7 | Current | 08/18/2011 | Treatment Goal Attained | History/Resolved |
|---|---|---|---|---|---|

**Health Problem Comments:**

  probable secondary to hemolysis
  Check a repeat K +
**Diagnosis Comments:**
  resolved his repeat K+ in Aug 2011 was normal at 4.2
  Secondary to  hemolysis

**PLAN:**

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 97222-ELK | Magnesium Oxide 400 MG Tab | 09/23/2011 14:55 | Take one tablet by mouth at bedtime * nm |

    **Discontinue Type:**   When Pharmacy Processes
    **Discontinue Reason:** *discontinue*
    **Indication:**

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M | Race: WHITE | Facility: ELK |
| Encounter Date: 09/23/2011 14:55 | Provider: Lepiane, R. MD | | Unit: F06 |

Pain Management                                                                 No

**Reason for Request:**
Request for a lower buck pass
38 y/o WM with neck pain since 2003, (work related due to trauma). His C-spine CT scan shows: Mild to moderate cervical spondylosis with multilevel disc degeneration; & Osteophyte discs complexes at C5-6 and to a greater degree at C6-7 extending towards the right and associated with neural foramina encroachment at both levels
On exam: He has a slightly decreased right hand grasp 4+/5 His Strength otherwise 5/5 throughout
He has numbness in his right hand 4th and 5th fingers He has pain radiating into his right posterior shoulder down into the triceps area of right upper arm and extending to his right forearm suggestive of a possible right cervical radiculopathy
He also has chronic right knee pain

**Provisional Diagnosis:**
chronic neck pain
numbness in his right hand 4th and 5th fingers He has pain radiating into his right posterior shoulder down into the triceps area of right upper arm and extending to his right forearm suggestive of a possible right cervical radiculopathy
Chronic right knee pain

**Disposition:**
Follow-up in 2 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/28/2011 | Counseling | Plan of Care | Lepiane, R. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lepiane, R. MD on 09/28/2011 20:13

USA_001420