# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M    Race: WHITE | Facility: ELK |
| Encounter Date: 12/20/2012 13:21 | Provider: Lepiane, R. MD | Unit: C03 |

Procedure encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Lepiane, R. MD

        **Chief Complaint:** Pain

        **Subjective:** Patient was here today for a repeat trigger point injection of his right trapezius area
Patient has persistent neck and right upper back /right trapezius area pains x 4 month  He was lift a heavy box on 09/06/12 and afterward developed neck and upper back pains Patient has a history of chronic neck pains X 15 years at least He has been on gabapentin 1100 mg TID and well as Motrin for pain He had a previous MRI of his C-spine in March 2010 showed mild to moderate cervical spondylosis with multilevel degenerative disc disease He also had suspected osteophyte disc complexes at C5-C6 and C6-C7 extending toward the right and associated with neural foraminal encroachment at both of these level However his EMG/NSC study here in Jan 2012 was completely normal There was no evidence of any cervical nerve root radiculopathy or neuropathy
Patient underwent a previous trigger point injection of his right trapezius on 10/01/12 He has good relief of his pain x 2/12/ month His pain in his neck and right upper back are now back again over the past x 3-4 days

        **Pain Location:** Back-Upper
        **Pain Scale:** 8
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:** 6-12 Months
        **Duration:** 2-6 Months
        **Exacerbating Factors:** right trapezius area
since Sept 2012
He has an area of trigger point tenderness in his right trapezius area with pains radiating up the right side of his neck
        **Relieving Factors:**
        **Comments:**

**ROS:**
    **General**
        **Constitutional Symptoms**
            No: Chills, Fatigue, Fever, Night Sweats, Unexplained Weight Loss, Weakness
    **Cardiovascular**
        **General**
            Yes: Normal
            No: Angina
    **Pulmonary**
        **Respiratory System**
            Yes: Normal
    **GI**
        **General**
            Yes: Normal
            No: Abdominal Pain or Colic, Blood in Stools, Constipation, Diarrhea, Dyspepsia, Nausea, Stools Black, Vomiting
    **Musculoskeletal**

GOVERNMENT EXHIBIT 29
20-CV-2532 (ECT/DTS)

USA_001526

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: WHITE | Facility: | ELK |
| Encounter Date: | 12/20/2012 13:21 | Provider: Lepiane, R. MD | | Unit: | C03 |

**ROS:**
- **General**
  - Yes: Low Back Pain, Neck Pain

**OBJECTIVE:**

**Exam:**
- **General**
  - **Appearance**
    - Yes: Appears Well, NAD, Alert and Oriented x 3
  - **Skin**
    - No skin rash or lesions
  - **Head**
    - H.E.E.N.T.--- normal No nasal or sinus congestion No sinus tenderness
- **Neck**
  - **General**
    - Yes: Supple
    - No: Lymphadenopathy
  - **Musculoskeletal**
    - Yes: Full ROM, Tenderness, Paravertebral Tenderness on Palpation
      - Neck---- decrease ROM He has moderate to severe neck pains with movement He has right and left paravertebral tenderness C3 to C7 area R >L No point vertebral tenderness
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation
    - No: Crackles, Rhonchi, Wheezing
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR)
    - No: M/R/G
- **Peripheral Vascular**
  - **General**
    - Yes: Normal
    - No: Varicosities, Pitting Edema, Tenderness
- **Abdomen**
  - **Auscultation**
    - Yes: Normo-Active Bowel Sounds
  - **Palpation**
    - Yes: Soft, Non-tender on Palpation
- **Musculoskeletal**
  - Right knee --- full ROM no swelling no effusion No laxity No locking He has crepitus and mild to moderate pain with movement There is no localized tenderness
  - No other joint pains swelling or tenderness
  - Lower Back ---- full ROM no pains currently
  - He has a area of trigger point tenderness in his right trapezius ares His pain seem to radiate up to his neck from this area --- I will proceed with a repeat trigger point injection of this area today
- **Neurologic**
  - Intact No deficits Strength 5/5 throughout  No cervical radicular symptoms--- EMG/NCS in Jan 2012 was completely normal

**ASSESSMENT:**

USA_001527

| Inmate Name: | MANCINI, MARIO FERBO | | | | Reg #: | 11007-041 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 02/23/1972 | Sex: | M | Race: WHITE | Facility: | ELK |
| Encounter Date: | 12/20/2012 13:21 | Provider: | Lepiane, R. MD | | Unit: | C03 |

| Description | ICD9 | Status | Status Date | Progress | Type |
| --- | --- | --- | --- | --- | --- |
| Neck pain, cervicalgia | 723.1 | Current | 08/18/2011 | Not Improved/Same | Chronic |

**Health Problem Comments:**

chronic neck pain
His CT scan of his neck shows marginal, osteophytes He has prominent osteophyte formation at right C5-6 and right C6-7 associated with neural foraminal encroachment. EMG IS NORMAL.

**Diagnosis Comments:**

He has an area of trigger point tenderness in his right trapezius area He agrees to a repeat cortisone injection
of this area today

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| | predniSONE Tablet | 12/20/2012 13:21 | 20 mg tabs Taper Orally daily x 16 day(s) -- take 3 tabs daily for 4 days then 2 tabs daily for 4 days then one tab daily for 4 days then 1/2 tab daily for 4 days then stop # 26 tabs |

   **Indication:** Neck pain, cervicalgia
   **One Time Dose Given:** No

**Procedures**
  **Therapeutic/Diagnostic Injection**
   Anesthesia
      1% Lidocaine without epinephrine, ML 1 cc
   Procedure : Trigger point cortisone injection ( Kenalog & lidocaine 1 %) of his right upper back right trapezius area at the spot of maximum tenderness
   The procedure was explained to him He understood and signed the consent form
   A time-out was given
   The point of maximum tenderness in his right trapezius area was identify and marked This area was prepped with an alcohol pad This area was injected with 2 cc ( 80 mg Kenalog) plus 1 cc of lidocaine 1%
   No complication Patient had a decrease in his pain following the injection

**Disposition:**
   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 12/20/2012 | Counseling | Plan of Care | Lepiane, R. | Verbalizes Understanding |

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: ELK |
| Encounter Date: 12/20/2012 13:21 | Provider: Lepiane, R. MD | Unit: C03 |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lepiane, R. MD on 12/20/2012 16:55