# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: WHITE | Facility: | ELK |
| Note Date: | 12/19/2012 13:33 | Provider: | Lepiane, R. MD | Unit: | C03 |

Medication Renewal/Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:**  Lepiane, R. MD

Patient has persistent neck and right upper back /right trapezius area pains now He was lifting  a heavy box on 09/06/12 and afterward developed neck and upper back pains Patient has a history of chronic neck pains > 15 years He has been on gabapentin 1100 mg TID and well as Motrin for pain He had a previous MRI of his C-spine in March 2010 showed mild to moderate cervical spondylosis with multilevel degenerative disc disease He also had suspected osteophyte disc complexes at C5-C6 and C6-C7 extending toward the right and associated with neural foraminal encroachment at both of these level However his EMG/NSC study here in Jan 2012 was completely normal There was no evidence of any cervical nerve root radiculopathy or neuropathy He underwent a cortisone injection of his right trapezius area on 10/01/12 with a good result but his pain are now back again he was asking about another cortisone injection I would prefer to await until after the holidays for this repeat injection if possible
Patient need a refill on his Motrin

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 130290-ELK | Ibuprofen 800 MG Tab | 12/19/2012 13:33 | Take one tablet by mouth three times daily as needed x 90 day(s) -- one tab as needed for pain # 60 tabs per month refills x 2 |

    **Indication:**  Neck pain, cervicalgia, Enthesopathy of knee, unspecified
        **One Time Dose Given:** No

**Copay Required:** No            **Cosign Required:**  No
**Telephone/Verbal Order:**    No


Completed by Lepiane, R. MD on 12/19/2012 13:42

**GOVERNMENT EXHIBIT 30**
20-CV-2532 (ECT/DTS)

USA_001530