# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | ELK |
| Note Date: | 12/12/2012 09:17 | Provider: Hunter, Lori NP-C | Unit: | C03 |

Consultation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**         **Provider:** Hunter, Lori NP-C

   On site visit with Dr Becker, neurology.

   Patient states he had a work related injury 1995 was to have C5 surgery but was high during preop appointment and was afraid so he never went back.

   Has pain radiation to the right arm (tricep, elbow, forearm). Pain eased with motrin but he takes often and routinely.  Has had multiple cortisone injections. On Gabapentin for long period of time.

   Had CT scan  March 26, 2010:
   C5-6, C 6-7 osteophyte.  Mild to moderate spondylosis with multilevel disc degeneration.

   Recommendations:

   1. Discussed risk of bleeding and kidney issues with prolonged use of motrin.  Patient states he is aware of risk but needs to take it or he is miserable.

   2. Continue gabapentin

   3. Follow up 6 months.

   4. Exercise encouraged as tolerated.  Maintain healthy weight

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurology | | | No | |

   **Reason for Request:**
   6 month follow up due June 2013: Initial visit was 12.12.2012 for cervical radiculitis.
   HPI:  Patient states he had a work related injury 1995 was to have C5 surgery but was high during preop appointment and was afraid so he never went back.
   Has pain radiation to the right arm (tricep, elbow, forearm). Pain eased with motrin but he takes often and routinely.  Has had multiple cortisone injections. On Gabapentin for long period of time.
   Had CT scan  March 26, 2010:  C5-6, C 6-7 osteophyte.  Mild to moderate spondylosis with multilevel disc degeneration.
   Recommendations at Dec visit were:
   1. Discussed risk of bleeding and kidney issues with prolonged use of motrin.  Patient states he is aware of risk but needs to take it or he is miserable.
   2. Continue gabapentin
   3. Follow up 6 months.
   4. Exercise encouraged as tolerated.  Maintain healthy weight
   **Provisional Diagnosis:**
   cervical radiculitis.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | ELK |
| Note Date: | 12/12/2012 09:17 | Provider: Hunter, Lori NP-C | Unit: | C03 |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Hunter, Lori NP-C on 12/12/2012 15:35
Requested to be reviewed by Bullock, Gary PA.
Review documentation will be displayed on the following page.