# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M   Race: WHITE | Facility: ELK |
| Encounter Date: 10/01/2012 17:55 | Provider: Lepiane, R. MD | Unit: C03 |

Procedure encounter performed at Health Services.

**SUBJECTIVE:**
    **COMPLAINT 1**    **Provider:** Lepiane, R. MD
        **Chief Complaint:** Pain
        **Subjective:** Patient was here today for a repeat trigger point injection of his right trapezius area
Patient has persistent neck and right upper back /right trapezius area pains now x 2 weeks He was lift a heavy box on 09/06/12 and afterward developed neck and upper back pains Patient has a history of chronic neck pains X 15 years at least He has been on gabapentin 1100 mg TID and well as Motrin for pain He had a previous MRI of his C-spine in March 2010 showed mild to moderate cervical spondylosis with multilevel degenerative disc disease He also had suspected osteophyte disc complexes at C5-C6 and C6-C7 extending toward the right and associated with neural foraminal encroachment at both of these level However his EMG/NSC study here in Jan 2012 was completely normal There was no evidence of any cervical nerve root radiculopathy or neuropathy
Patient has recent been complaining of increase neck and upper back pain x 2-3 weeks He has
seen by me on 09/20/12 and underwent a cortisone injection (Kenalog plus lidocaine) of his right trapezius area  it help relive his pain x 4-5 days but his pain are back again We discussed this we will try an additional cortisone injection of his area along with a taper courses of prednisone to see if we can obtain a more sustained response
        **Pain Location:** Back-Upper
        **Pain Scale:** 8
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:** He has an area of trigger point tenderness in his right trapezius area
        **Relieving Factors:**
        **Comments:**

**ROS:**
    **General**
        **Constitutional Symptoms**
            No: Chills, Fever, Night Sweats, Unexplained Weight Loss, Weakness
    **Cardiovascular**
        **General**
            Yes: Normal
    **Pulmonary**
        **Respiratory System**
            Yes: Normal
    **GI**
        **General**
            Yes: Normal
            No: Blood in Stools, Constipation, Diarrhea, Dyspepsia, Nausea, Stools Black, Vomiting
    **Musculoskeletal**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M   Race: WHITE | Facility: | ELK |
| Encounter Date: | 10/01/2012 17:55 | Provider: Lepiane, R. MD | Unit: | C03 |

**ROS:**
    **General**
        Yes: Neck Pain
    **Neurological**
        **Motor System**
            Yes: Normal
        **Sensory System**
            Yes: Normal
            No: Numbness, Radiculopathy

**OBJECTIVE:**

**Exam:**
    **General**
        **Appearance**
            Yes: Appears Well, NAD, Alert and Oriented x 3
    **Skin**
            No skin rash or lesions
    **Head**
            H.E.E.N.T.--- normal No nasal or sinus congestion No sinus tenderness
    **Neck**
        **General**
            Yes: Supple
            No: Lymphadenopathy
        **Musculoskeletal**
            Yes: Paravertebral Tenderness on Palpation
            No: Full ROM, Tenderness, Swelling, Muscle Spasms, Midline Tenderness on Palpation
                Neck---- decrease ROM He has moderate to severe neck pains with movement He has right and left paravertebral tenderness C3 to C7 area R >L No point vertebral tenderness
    **Pulmonary**
        **Auscultation**
            Yes: Clear to Auscultation Bilaterally
            No: Crackles, Rhonchi
    **Cardiovascular**
        **Auscultation**
            Yes: Regular Rate and Rhythm (RRR)
            No: M/R/G
    **Peripheral Vascular**
        **General**
            Yes: Normal
            No: Varicosities, Pitting Edema, Tenderness
    **Abdomen**
        **Auscultation**
            Yes: Normo-Active Bowel Sounds
        **Palpation**
            Yes: Soft, Non-tender on Palpation
    **Musculoskeletal**

USA_001544

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANCINI, MARIO FERBO | | | Reg #: | 11007-041 |
| Date of Birth: | 02/23/1972 | Sex: M | Race: WHITE | Facility: | ELK |
| Encounter Date: | 10/01/2012 17:55 | Provider: Lepiane, R. MD | | Unit: | C03 |

**Exam:**

Right knee --- full ROM no swelling no effusion No laxity No locking He has crepitus and mild to moderate pain with movement There is no localized tenderness
No other joint pains swelling or tenderness
Lower Back ---- full ROM No pains
He has a area of trigger point tenderness in his right trapezius ares His pain seem to radiate up to his neck from this area --- I will proceed with a repeat trigger point injection of this area today

**Neurologic**

Intact No deficits Strength 5/5 throughout No cervical radicular symptoms--- EMG/NCS in Jan 2012 was completely normal

**ASSESSMENT:**

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Neck pain, cervicalgia | 723.1 | Current | 08/18/2011 | Not Improved/Same | Chronic |

**Health Problem Comments:**

chronic neck pain
His CT scan of his neck shows marginal,osteophytes He has prominent osteophyte formation at right C5-6 and right C6-7 associated with neural foraminal encroachment

**Diagnosis Comments:**

He has an area of trigger point tenderness in his right trapezius area He agrees to a repeat cortisone inject of this area today


**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | predniSONE Tablet | 10/01/2012 17:55 | 20 mg tabs  taper Orally  daily x 16 day(s) -- take 3 tabs daily for 4 days then 2 tabs daily for 4 days then one tab daily for 4 days then 1/2 tab daily for 4 days then stop |

    **Indication:** Neck pain, cervicalgia

    **One Time Dose Given:** No

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

USA_001545

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | | | Reg #: 11007-041 |
| Date of Birth: 02/23/1972 | Sex: M | Race: WHITE | Facility: ELK |
| Encounter Date: 10/01/2012 17:55 | Provider: Lepiane, R. MD | | Unit: C03 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 125699-ELK | Ibuprofen 800 MG Tab | 10/01/2012 17:55 | Take one tablet by mouth three times daily as needed * nm x 90 day(s) -- as needed for pain # 60 refills x 2 |

**Indication:** Nerve pain, neuralgia neuritis, radiculitis, Enthesopathy of knee, unspecified

**One Time Dose Given:** No

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurology | | | No | |

**Reason for Request:**
request neurology consult and evaluation regarding his chronic neck pain
Patient has persistent neck and right upper back /right trapezius area pains now x 2 weeks He was lift a heavy box on 09/06/12 and afterward developed neck and upper back pains Patient has a history of chronic neck pains X 15 years at least He has been on gabapentin 1100 mg TID and well as Motrin for pain He had a previous MRI of his C-spine in March 2010 which showed mild to moderate cervical spondylosis with multilevel degenerative disc disease He also had suspected osteophyte disc complexes at C5-C6 and C6-C7 extending toward the right and associated with neural foraminal encroachment at both of these level However his EMG/NSC here in Jan 2012 was completely normal There was no evidence of any cervical nerve root radiculopathy or neuropathy

**Provisional Diagnosis:**
chronic neck pain

**Discontinued Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Radiology | 02/26/2010 | Routine | No | |

**Reason for Request:**
37 year old white inmate with h/o work related neck injury from repetitive heavy lifting in 20002;states th eproblem is at c-7 ;has chronic pain in his neck;CT scan of the neck needed

| | | | | |
|---|---|---|---|---|
| Pain Management | 07/07/2010 | Routine | No | |

**Reason for Request:**
38 y/o WM pt. with hx neck pain since 2003, work related due to trauma. C-spine CT scan shows: 1. Mild to moderate cervical spondylosis with multilevel disc degeneration; 2. Osteophyte discs complexes at C5-6 and to a greater degree at C6-7 extending towards the right and associated with neural foramina encroachment at both levels. Please eval and treat.

**Provisional Diagnosis:**
Chronic cervical pain; discogenic disorder.

**Procedures**

**Therapeutic/Diagnostic Injection**
Anesthesia
  1% Lidocaine without epinephrine, ML 1 cc
Procedure : Trigger point cortisone injection ( Kenalog & lidocaine 1 %) of his right upper back right trapezius area at the spot of maximum tenderness

The procedure was explained to him He understood and signed the consent form
A time-out was given

The point of maximum tenderness in his right trapezius area was identify and marked This area was prepped with an alcohol pad This area was inject with 2 cc ( 80 mg Kenalog) plus 1 cc of lidocaine 1% no complication

| | | | |
|---|---|---|---|
| Inmate Name: MANCINI, MARIO FERBO | Sex: M   Race: WHITE | Reg #: 11007-041 | |
| Date of Birth: 02/23/1972 | | Facility: ELK | |
| Encounter Date: 10/01/2012 17:55 | Provider: Lepiane, R. MD | Unit: C03 | |

**Procedures**
    he was able to move his neck better after this injection

**Disposition:**
    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/02/2012 | Counseling | Plan of Care | Lepiane, R. | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lepiane, R. MD on 10/02/2012 18:41

USA_001547